LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>　　　　Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b) DIVERSITY** |

## **NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. Sections 1332, 1441 and 1446, and in accordance with LRCiv. 3.6, Defendants, Jeffrey Bardwell and Fanny F. Bardwell, by and through their undersigned counsel, hereby remove Case No. CV2018-015092 from the Superior Court of the State of Arizona in and for the County of Maricopa to the

1

United States District Court for the District of Arizona, Phoenix Division.

Removal is proper under 28 U.S.C. § 1441 as the State Court Action is a civil action brought in state court, and federal district courts have jurisdiction over the subject matter under 28 U.S.C. § 1332 because plaintiff and defendants are completely diverse in citizenship (Plaintiff=Arizona; Defendants=California) and the amount in controversy exceeds the sum or value of $75,000.00.

## DESCRIPTION OF LAWSUIT

1. The Complaint contains three claims for relief including claims arising from an alleged oral contract, common law claims and equitable claims as follows: (a) Breach of Contract; (b) Promissory Estoppel; and (c) Unjust Enrichment.

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

2. Plaintiff and Defendants are completely diverse in that Plaintiff is an Arizona citizen and resident and Defendants are citizens of the State of California.

3. Plaintiff alleges in paragraph 1 of his Complaint that he resides in Maricopa County, Arizona. Defendants believe those allegations to be factually correct.

4. Defendants Jeffrey Bardwell and Fanny F. Bardwell, are alleged to be residents of Arizona and California, but citizenship is not addressed. Defendants affirmatively state and allege their present and permanent domicile at the time this suit was filed and at the time of the filing of this Notice of Removal, is California.

## AMOUNT IN CONTROVERSY

5. The amount in controversy exceeds the sum or value of $75,000.

6. Plaintiff claims to have conveyed value to Defendants in excess of $10,000,000. Plaintiff's Complaint also seeks return of the value of the property conveyed to Defendant Jeffrey Bardwell and/or repayment to Plaintiff of "the amounts of principal and interest Plaintiff previously paid Jeffrey Bardwell." *See generally* Complaint filed 12/10/2018, ¶¶ 14, 17, and 32. This would yield an amount well in excess of $75,000.

7. Plaintiff is also requesting attorneys' fees and costs plus interest. Interest upon the sum of $10,000,000 would alone exceed the amount in controversy requirement.

8. Moreover, "[w]hen an underlying statute [like A.R.S. § 12-341.01] authorizes an award of attorneys' fees, either with mandatory or discretionary language, such fees may be included in the amount in controversy." *Galt G/S v JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998); *see also* 14 C. Wright & A. Miller, *Federal Practice and Procedure*, § 3172, at 507 (1976).

9. Nothing in this Notice of Removal should be considered to concede that Plaintiff is entitled to an award of attorneys' fees; rather, the analysis contained herein is set forth for purposes of properly calculating the amount in controversy.

## TIMELINESS OF REMOVAL

10. Removal is timely because 28 U.S.C. § 1446(b) provides thirty (30) days for the filing of a Notice of Removal, and Defendants were served no earlier than December 13, 2018.

## PROCEDURAL REQUIREMENTS

11. The State Court Action is pending within this District and Division.

12. All Defendants (Jeffrey Bardwell and Fanny F. Bardwell) have been served, are commonly represented, and join in this removal notice. Through counsel undersigned's electronic signature below, all Defendants agree to and consent to removal.

13. Pursuant to 28 U.S.C. § 1446(a) and LRCiv. 3.6, a copy of this Notice of Removal has been or today will be filed with the Clerk of the Maricopa County Superior Court, and a copy has been or will today be served upon Plaintiff's counsel.

14. In accordance with 28 U.S.C. § 1446(a), attached as **Exhibit 1** hereto is a true and complete copy of all pleadings and other documents (including the summons and affidavit of service and cover sheets) filed in the State Court Action and served by Plaintiff on Defendants.

WHEREFORE, Defendants submit that this action is properly removed from the Maricopa County Superior Court, and is now properly before this Court.

Respectfully submitted this 11th day of January, 2019.

By: /s/ Thomas J. Marlowe
LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Tmarlowe2425@outlook.com

/s/ Thomas M. Connelly
LAW OFFICE OF THOMAS M. CONNELLY
Thomas M. Connelly
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Tconnelly2425@aol.com

## CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on January 11, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal, if possible, of a Notice of Electronic Filing to the following ECF registrant(s) in this case, in addition to serving a copy via U.S. Mail this 11th day of January, 2019 to:

Brian M. Flaherty
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3696
Brian.Flaherty@sackstierney.com

By: /s/ Thomas J. Marlowe