**EXHIBIT 1 TO NOTICE OF REMOVAL**
STATE COURT RECORD

**In the Superior Court of the State of Arizona**
**in and for the County of** Maricopa

CHRIS DEROSE, CLERK
BY _____ DEP
T. HATCH, FILED

18 DEC 10 PM 3: 1 4

# CV2018-015092

**Is Interpreter Needed?** ☐ Yes ☒ No
**If yes, what language:**

**Plaintiff's Attorney** Brian M. Flaherty

**Attorney Bar Number** 023207

**Plaintiff's Name(s): (List all)     Plaintiff's Address:          Phone #:          Email Address:**
Pamela DiFelice as the Personal Representative of The Estate of Irene Reynolds          brian.flaherty@sackstierney.com

c/o Brian M. Flaherty, Esq., Sacks Tierney, P.A.     480-425-2600

4250 N. Drinkwater Blvd., Fourth Floor, Scottsdale, AZ 85251

(List additional Plaintiffs on page two and/or attach a separate sheet).

**Defendant's Name(s): (List All)**
Jerry Gilliam and Penny Riggs

(List additional Defendants on page two and/or attach a separate sheet)

## NATURE OF ACTION

(Place an "X" next to the <u>one</u> case category that most accurately describes your primary case.)

### 100 TORT MOTOR VEHICLE:

☐101 Non-Death/Personal Injury
☐102 Property Damage
☐103 Wrongful Death

### 110 TORT NON-MOTOR VEHICLE:

☐111 Negligence
☐112 Product Liability – Asbestos
☐112 Product Liability – Tobacco
☐112 Product Liability – Toxic/Other
☐113 Intentional Tort

☐114 Property Damage
☐115 Legal Malpractice
☐115 Malpractice – Other professional
☐117 Premises Liability
☐118 Slander/Libel/Defamation
☐116 Other (Specify) _____

### 120 MEDICAL MALPRACTICE:

☐121 Physician M.D.     ☐123 Hospital
☐122 Physician D.O     ☐124 Other

### 130 CONTRACTS:

☐131 Account (Open or Stated)
☐132 Promissory Note
☐133 Foreclosure
☐138 Buyer-Plaintiff
☐139 Fraud
☐134 Other Contract (i.e. Breach of Contract)
☐135 Excess Proceeds-Sale
☐Construction Defects (Residential/Commercial)
   ☐136 Six to Nineteen Structures
   ☐137 Twenty or More Structures

### 150-199 OTHER CIVIL CASE TYPES:

☐156 Eminent Domain/Condemnation
☒151 Eviction Actions (Forcible and Special Detainers)
☐152 Change of Name
☐153 Transcript of Judgment
☐154 Foreign Judgment
☐158 Quiet Title
☐160 Forfeiture
☐175 Election Challenge
☐179 NCC-Employer Sanction Action
   (A.R.S. §23-212)

☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
    (See Lower Court Appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge
    (A.R.S. §§1-501, 1-502, 11-1051)

### 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
    (See Lower Court Appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
    (All other tax matters must be filed in the AZ Tax
    Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
    (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☐ 185 Employment Dispute-Other
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other _____
                 (Specify)

## RULE 26.2 DISCOVERY TIER or AMOUNT PLEADED:

(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.)

☐ Amount Pleaded $ _None_____    ☒ Tier 1    ☐ Tier 2    ☐ Tier 3

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge
☐ Employer Sanction    ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the commercial Court. More information on the commercial Court, including the most recent forms, are available on the Court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

*Amended*

CHRIS·DEROSE, CLERK
BY
HATCH, FILED

18 DEC 12 PM 12: 26

**In the Superior Court of the State of Arizona
in and for the County of** Maricopa

Case Number CV2018-015092

## CIVIL COVER SHEET- NEW FILING ONLY
### (Please Type or Print)

Is Interpreter Needed?  ☐ Yes ☐ No
If yes, what language:

Plaintiff's Attorney  Brian M. Flaherty

Attorney Bar Number  023207

Plaintiff's Name(s):  (List all)   Plaintiff's Address:    Phone #:    Email Address:
Ronald H. Pratte    Brian M. Flaherty, Esq., Sacks Tierney P.A.   480-425-2648   brian.flaherty@sackstierney.com

4250 N. Drinkwater Blvd., Fourth Floor

Scottsdale, AZ  85251

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s):  (List All)
Jeffrey Bardwell and Fanny F. Bardwell

(List additional Defendants on page two and/or attach a separate sheet)

## NATURE OF ACTION

### (Place an "X" next to the one case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.    ☐ 123 Hospital
☐ 122 Physician D.O    ☐ 124 Other

**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☒ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
　　☐ 136 Six to Nineteen Structures
　　☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
　　(A.R.S. §23-212)

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CV10f – 070118

☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
    (See Lower Court Appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge
    (A.R.S. §§1-501, 1-502, 11-1051)

### 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
    (See Lower Court Appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
    (All other tax matters must be filed in the AZ Tax
    Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
    (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain-- Light Rail Only
☐ 177 Interpleader-- Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☐ 185 Employment Dispute-Other
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other _____
                 (Specify)

## RULE 26.2 DISCOVERY TIER or AMOUNT PLEADED:

(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case
would belong under Rule 26.2.)

☒ Amount Pleaded $ 10,624,200        ☐ Tier 1      ☐ Tier 2      ☒ Tier 3

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC     ☐ Election Challenge
☐ Employer Sanction                   ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the
commercial Court. More information on the commercial Court, including the most recent forms, are available on the
Court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

_____

**Additional Defendant(s):**

_____

_____

_____

CHRIS DEROSE
Clerk of the Superior Court
By Ashley Hatch, Deputy
Date 12/10/2018 Time 15:16:54
Description                          Amount
------- CASE# CV2018-015092 -------
CIVIL NEW COMPLAINT              333.00
----------------------------------------
TOTAL AMOUNT                     333.00
          Receipt# 26938317

1   Brian M. Flaherty, #023207
    Brian.Flaherty@sackstierney.com
2   SACKS TIERNEY P.A.
    4250 N. Drinkwater Blvd., 4th Floor
3   Scottsdale, AZ 85251-3693
    Telephone: 480.425.2600
4

5   Attorneys for Plaintiff Ronald H. Pratte

6

7                    **SUPERIOR COURT OF ARIZONA**

8                        **MARICOPA COUNTY**

9   RONALD H. PRATTE,

10          Plaintiff,                    No.   CV2018-015092

11  v.                                    **COMPLAINT**

12  JEFFREY BARDWELL and FANNY
    F. BARDWELL, husband and wife,
13  AFFILIATES I-X,

14          Defendants.

15

16      For his Complaint, Ronald H. Pratte ("Pratte") alleges as follows:

17      1.      Plaintiff is an individual who resides in Maricopa County, Arizona.

18      2.      Defendant Jeffrey Bardwell is a married man who resides in Arizona and

19  California and does business in Arizona. All acts by Defendant Jeffrey Bardwell alleged

20  herein are done on behalf of the marital community existing between him and Fanny F.

21  Bardwell.

22      3.      Fanny F. Bardwell is the wife of Jeffrey Bardwell and also resides in Arizona

23  and California.

24      4.      Defendant Affiliates I-X are presently unknown to Plaintiff and are therefore

25  identified by such fictitious names, to be more specifically identified upon amendment of

26  this Complaint when their true names and capacities have been ascertained.

27      5.      Defendant Jeffrey Bardwell caused events to occur in Maricopa County,

28  Arizona which form the basis of this Complaint.

2116776.v1

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

6.     This Court has jurisdiction over this matter and venue is proper before this Court.

## GENERAL ALLEGATIONS

7.     In December 2005, Plaintiff and Jeffrey Bardwell entered into an agreement wherein Plaintiff would pay Jeffrey Bardwell cash and real property in consideration for Jeffrey Bardwell agreeing to work for the Plaintiff until either man died.

8.     Jeffrey Bardwell promised the Plaintiff that he would continue providing services to the Plaintiff until one of them died and Plaintiff relied on this promise when he paid Jeffrey Bardwell.

9.     Jeffrey Bardwell intended Plaintiff to rely on his promise.

10.     Plaintiff reasonably relied on Jeffrey Bardwell's promise.

11.     Plaintiff initially paid Jeffrey Bardwell and his wife $2.0 million in cash.

12.     Plaintiff also transferred to Jeffrey Bardwell and his wife an interest in three real estate parcels located in Nevada and Arizona on April 1, 2006.

13.     Plaintiff also paid taxes on behalf of Jeffrey Bardwell and his wife.

14.     Plaintiff enriched Jeffrey Bardwell and his wife in the total amount of $10,624,200.

15.     From 2006 until March 2018, Jeffrey Bardwell managed the Plaintiff's properties, handled insurance issues for Plaintiff's vehicles and provided labor on Plaintiff's properties.

16.     In March 2018, Jeffrey Bardwell ceased communicating with the Plaintiff and stopped working for Plaintiff.

17.     Prior to filing this action, Plaintiff demanded Jeffrey Bardwell return the value of the property he received from the Plaintiff. Jeffrey Bardwell rejected the offer.

## COUNT ONE

### (Breach of Contract)

18.     The allegations contained in paragraphs 1-17 are incorporated herein as if fully restated.

2

19.     Under the oral agreement, Jeffrey Bardwell was contractually obligated to the Plaintiff.

20.     Defendant performed his obligations in accordance with the contract from 2006 until March 2018.

21.     Defendant Jeffrey Bardwell has breached his obligations under the contract.

22.     As a result of Defendant's breach, Plaintiff has been damaged.

## COUNT TWO

### (Promissory Estoppel)

23.     The allegations contained in paragraphs 1-22 are incorporated herein as if fully restated.

24.     Jeffrey Bardwell promised to continue providing services to the Plaintiff until one of them was dead.

25.     It was reasonably foreseeable to Jeffrey Bardwell that Plaintiff would rely on that promise.

26.     Plaintiff justifiably relied upon the promise.

27.     Plaintiff incurred loss as the result of his reliance on Jeffrey Bardwell's promise.

## COUNT THREE

### (Unjust Enrichment)

28.     The allegations contained in paragraphs 1-27 are incorporated herein as if fully restated.

29.     Defendants' acts alleged herein caused Defendants to be unjustly enriched and Plaintiff to be unjustly impoverished.

30.     Defendants' unjust enrichment and Plaintiff's unjust impoverishment are connected and are the direct result of Defendant Jeffery Bardwell's wrongful acts described herein.

31.     There is no justification for the enrichment of Defendants and the impoverishment of Plaintiff.

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3

32.    The acceptance and retention by Defendants of the funds paid by Plaintiff is inequitable without Defendants repaying Plaintiff the amounts of principal and interest Plaintiff previously paid Jeffrey Bardwell.

33.    If Plaintiff is not successful on his other claims for relief, Plaintiff will have no other remedy at law.

34.    As a result of the unjust enrichment, Plaintiff has been injured and is entitled to an award of damages and/or other relief as determined in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A.    For contractual damages in an amount to be proven at trial, plus interest at the statutory rate;

B.    In the alternative to A, compensation to Plaintiff for the reasonable value of any benefits conferred upon Defendants as a result of Plaintiff's justifiable reliance;

C.    For reasonable costs and attorneys' fees incurred herein in accordance with A.R.S. §12-341.01;

D.    For such further relief as the Court deems just and proper;

E.    A jury trial is requested.

DATED this 10th day of December, 2018.

SACKS TIERNEY P.A.

By: _____
Brian M. Flaherty
Attorneys for Plaintiff Ronald H. Pratte

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2116776.v1

1 | Brian M. Flaherty, #023207
Brian.Flaherty@sackstierney.com
2 | SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
3 | Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
4
5 | Attorneys for Plaintiff Ronald H. Pratte



**COPY**



DEC 1 0 2018

CHRIS DEROSE, CLERK
A. HATCH
DEPUTY CLERK

6

7 | **SUPERIOR COURT OF ARIZONA**

8 | **MARICOPA COUNTY**

9 | RONALD H. PRATTE,

10 |       Plaintiff, | No.    **CV 2018-015092**

11 | v. | **CERTIFICATE OF COMPULSORY ARBITRATION**

12 | JEFFREY BARDWELL and FANNY
F. BARDWELL, husband and wife,
13 | AFFILIATES I-X,

14 |       Defendants.

15

16 |      The undersigned certifies that he knows the dollar limits and any other limitations

17 | set forth by the local rules of practice for the applicable Superior Court, and further certifies

18 | that this case is not subject to compulsory arbitration as provided by Rules 72 through 76 of

19 | the Arizona Rules of Civil Procedure because it seeks equitable relief.

20 |      DATED this ___10th___ day of December, 2018.

21

22 |                   SACKS TIERNEY P.A.

23

24 |                   By: _____
                      Brian M. Flaherty
                      Attorneys for Plaintiff Ronald H. Pratte

25

26

27

28

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2256964.v1

Brian M. Flaherty, #023207
Brian.Flaherty@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Attorneys for Plaintiff Ronald H. Pratte

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

# SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

RONALD H. PRATTE,

        Plaintiff,

v.

JEFFREY BARDWELL and FANNY F.
BARDWELL, husband and wife,
AFFILIATES I-X,

        Defendants.

No.   CV 2018-015092

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects
> your rights. Read this carefully. If you do not understand it, contact
> a lawyer for help.**

THE STATE OF ARIZONA TO DEFENDANTS:

        **Jeffrey Bardwell and Fanny F. Bardwell**

    A lawsuit has been filed against you. A copy of the lawsuit and other court papers
are served on you with this "Summons".

    YOU ARE HEREBY SUMMONED and required to appear and defend, within the
time applicable, in this action in this Court. If served within Arizona, you shall appear and
defend within 20 days after the service of the Summons and Complaint upon you, exclusive
of the day of service. If served out of the State of Arizona--whether by direct service, by
registered or certified mail, or by publication--you shall appear and defend within 30 days
after the service of the summons and complaint upon you is complete, exclusive of the day
of service. Where process is served upon the Arizona Director of Insurance as an insurer's
attorney to receive service of legal process against it in this state, the insurer shall not be
required to appear, answer or plead until expiration of 40 days after date of such service
upon the Director. Service by registered or certified mail without the State of Arizona is
complete 30 days after the date of receipt by the party being served. Service by publication

2256989.v1

is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the affidavit of compliance and return receipt or officer's return. A.R.C.P. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an answer or proper response in writing with the clerk of this court, located at **Office of Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, AZ 85003-2205,** accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any answer or response upon the Plaintiff's attorney. A.R.C.P. 10(d); A.R.S. §12-311; A.R.C.P. 5.

The name and address of Plaintiff's attorney is:

Brian M. Flaherty, Esq.
Sacks Tierney P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251

Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date

Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date

SIGNED AND SEALED this date:

CHRIS DEROSE
CLERK OF THE SUPERIOR COURT

By: _____ DEC 1 0 2018
Deputy Clerk

COPY

CHRIS DEROSE, CLERK
A. HATCH
DEPUTY CLERK

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE ARIZONA 85251-3603

2256989.v1

2

Brian M. Flaherty, #023207
Brian.Flaherty@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone:  480.425.2600

Attorneys for Plaintiff Ronald H. Pratte

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

RONALD H. PRATTE,

      Plaintiff,

v.

JEFFREY BARDWELL and FANNY
F. BARDWELL, husband and wife,
AFFILIATES I-X,

      Defendants.

No.  CV2018-015092

**AFFIDAVIT OF SERVICE BY
CERTIFIED MAIL**

Brian M. Flaherty, being first duly sworn upon her oath, deposes and says:

1.      He is, and at all times mentioned herein was, a citizen of the United States of America, over the age of 21 years, and a resident of the County of Maricopa, State of Arizona;

2.      He is a partner of the law firm of Sacks Tierney P.A., and is not a party in the above-entitled proceedings;

3.      The persons being served, Defendants, Jeffrey Bardwell and Fanny F. Bardwell, are known to be located outside Arizona but within the United States;

3.      On the 11th day of December, 2018, he caused copies of the Complaint, Summons and Certificate of Compulsory Arbitration to be deposited in the United States Mail at Scottsdale, Arizona, in sealed envelopes with postage thereon prepaid, by certified return receipt mail, to:

///

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2295735.v1

Jeffrey Bardwell
1107 Morse Street
Oceanside, CA  92054

Fanny F. Bardwell
1107 Morse Street
Oceanside, CA  92054

4.     See copies of the certified envelope and certified mail tracking receipts attached hereto as Exhibit 1 and incorporated herein by this reference.

5.     Attached as Exhibit 2 are the signed return receipts which indicate that the Defendants received the described documents in the certified mail envelopes on December 13, 2018.

DATED this 26th day of December, 2018.



Brian M. Flaherty

STATE OF ARIZONA     )
                                        )ss.
County of Maricopa      )

Acknowledged, subscribed and sworn to before me this 26th day of December, 2018, by Susan M. Harl.

Notary Public

SUSAN M. HARL
Notary Public - Arizona
Maricopa County
My Comm. Expires Apr 19, 2020

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2295735.v1

2

Exhibit 1

U.S. POSTAGE >> PITNEY BOWES

ZIP 85251 $ 006.16⁰
02 4W
0000346945 DEC 11 2018



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD AT DOTTED LINE

CERTIFIED MAIL

UNITED STATES
POSTAL SERVICE

Label 890-PB, Oct. 2016
Pitney Bowes



9489 0090 0027 6024 5028 54

SacksTierney P.A.

ATTORNEYS

4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona 85251-3693

Jeffrey Bardwell
1107 Morse Street
Oceanside, CA 92054



U.S. POSTAGE >> PITNEY BOWES

ZIP 85251 $ 006.16
02 4W
0000348945 DEC 11 2018



CERTIFIED MAIL

Label 890-PB, Oct. 2015
Pitney Bowes

9489 7090 0027 6024 5028 47

9 7090 0027 6024 5028 47

# SacksTierney P.A.

ATTORNEYS

4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona 85251-3693

Fanny Bardwell
1107 Morse Street
Oceanside, CA  92054

Exhibit 2



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/17/2018

Sacks Tierney P.A.:

The following is the delivery information for Certified Mail™ item number 9489 0090 0027 6024 5028 47. Our records indicate that this item was delivered on 12/13/2018 at 01:19 p.m. in OCEANSIDE, CA 92054. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     0346945 11917317



**UNITED STATES POSTAL SERVICE**

Date Produced: 12/17/2018

Sacks Tierney P.A.:

The following is the delivery information for Certified Mail™ item number 9489 0090 0027 6024 5028 54. Our records indicate that this item was delivered on 12/13/2018 at 01:19 p.m. in OCEANSIDE, CA 92054. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        0346945 11917317

1  Brian M. Flaherty, #023207
   Brian.Flaherty@sackstierney.com
2  SACKS TIERNEY P.A.
   4250 N. Drinkwater Blvd., 4th Floor
3  Scottsdale, AZ 85251-3693
   Telephone: 480.425.2600
4

5  Attorneys for Plaintiff Ronald H. Pratte

6

7               **SUPERIOR COURT OF ARIZONA**

8                    **MARICOPA COUNTY**

9  RONALD H. PRATTE,

10          Plaintiff,                    No. CV2018-015092

11  v.                                    **NOTICE TO STRIKE COMMISSIONER**
                                          **LINDSAY ABRAMSON**
12  JEFFREY BARDWELL and FANNY
    F. BARDWELL, husband and wife,
13  AFFILIATES I-X,

14          Defendants.

15

16       Pursuant to Rule 42.1(f) of the Arizona Rules of Civil Procedure, Plaintiff Ronald H.

17  Pratte, by and through his undersigned counsel, hereby exercises his peremptory strike, and

18  respectfully requests that the Clerk of the Court strike Commissioner Lindsay Abramson,

19  the selected Commissioner in this matter.

20       DATED this 28th day of December, 2018.

21                                    SACKS TIERNEY P.A.

22

23                                    By: /s/ BRIAN M. FLAHERTY
24                                        Brian M. Flaherty
                                          Attorneys for Plaintiff Ronald H. Pratte
25

26

27

28

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2295802.v1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2018-015092                                            01/02/2019


HONORABLE LINDSAY P. ABRAMSON              CLERK OF THE COURT
                                                A. Hatfield
                                                 Deputy


RONALD H PRATTE                            BRIAN M FLAHERTY

v.

JEFFREY BARDWELL, et al.


                                           COMM. ABRAMSON
                                           JUDGE MROZ


MINUTE ENTRY

On December 10, 2018, Plaintiff filed the complaint in this case with a cover sheet that stated that the case is an Eviction Action (Forcible and Special Detainers). On December 12, 2018, Plaintiff filed an amended coversheet that corrected the error. Through an administrative error, the case was still mistakenly assigned to this division. On December 28, 2018, Plaintiff filed its "Notice to Strike Commissioner Lindsay Abramson." The case has now been properly assigned to the Honorable Rosa Mroz for all further proceedings, and the Court finds Plaintiff's "Notice to Strike" to be moot.

LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com
Attorneys for Bardwell Defendants

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RONALD H. PRATTE, | Case No.: CV2018-015092 |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| JEFFREY BARDWELL AND FANNY F. BARDWELL, husband and wife, AFFILIATES I-X, | (Assigned to the Honorable Rosa Mroz) |
| Defendants. | |

Pursuant to Rule 5.3 Rules of Civil Procedure, attorney Thomas M. Connelly and Thomas J. Marlowe, hereby enter their Notice of Appearance on behalf of Defendants, Jeffrey Bardwell and Fanny F. Bardwell, in the above captioned matter.

Respectfully submitted this 11th day of January, 2019.

By: /s/ Thomas J. Marlowe
Attorney for Defendants

ORIGINAL of the foregoing filed
this 11th day of January, 2019 via
Arizona Turbo Court:

COPY of the foregoing mailed/e-mailed to:

Brian M. Flaherty
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Brian.Flaherty@sackstierney.com

 /s/ Thomas J. Marlowe

1 | LAW OFFICES OF THOMAS M. CONNELLY
2 | Thomas M. Connelly (Az. Bar. No. 012987)
3 | 2425 East Camelback Road, Suite 880
   | Phoenix, Arizona 85016
   | Phone: (602) 957-1993
4 | Facsimile: (602) 957-2137
5 | Tconnelly2425@aol.com

6 | LAW OFFICES OF THOMAS J. MARLOWE
7 | Thomas J. Marlowe (Az. Bar No. 016640)
   | 2425 East Camelback Road, Suite 880
8 | Phoenix, Arizona 85016
   | Phone: (602) 957-1993
9 | Facsimile: (602) 957-2137
10 | Tmarlowe2425@outlook.com
   | Attorneys for Bardwell Defendants
11

12 | **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

13 | **IN AND FOR THE COUNTY OF MARICOPA**

14

| | |
|---|---|
| RONALD H. PRATTE, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY BARDWELL AND FANNY F. BARDWELL, husband and wife, AFFILIATES I-X, <br><br> Defendants. | Case No.: CV2018-015092 <br><br> **CERTIFICATE OF COMPULSORY ARBITRATION** <br><br> **(Not Subject to Arbitration)** <br><br> (Assigned to the Hon. Rosa Mroz) |

23 |     Pursuant to Rule 72(e), Arizona Rules of Civil Procedure the undersigned certifies

24 | the Complainants herein seek a money judgment and that the amount in controversy does

25 | exceed the arbitration limits set forth by Local Rule 3.10. Therefore, pursuant to Rule 72

26 | this case is **NOT** subject to compulsory arbitration.

27

28 | Respectfully submitted this 11th day of January, 2019.

1

By: /s/ Thomas J. Marlowe
Attorney for Defendants

ORIGINAL of the foregoing filed
this 11th day of January, 2019 via
Arizona Turbo Court:

COPY of the foregoing mailed/e-mailed to:

Brian M. Flaherty
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Brian.Flaherty@sackstierney.com

 /s/ Thomas J. Marlowe

LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com
Attorneys for Bardwell Defendants

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RONALD H. PRATTE,<br><br>       Plaintiff,<br><br>vs.<br><br>JEFFREY BARDWELL and FANNY F.<br>BARDWELL, husband and wife,<br>AFFILIATES I-X,<br><br>       Defendants. | Case No.: CV2018-015092<br><br><br>**ANSWER**<br><br><br>(Assigned to the Hon. Rosa Mroz) |

Defendants, Jeffrey Bardwell and Fanny Bardwell, husband and wife (hereinafter "Defendants"), by and through undersigned counsel, hereby submit their Answer to Plaintiff's Complaint, and submit their statement of affirmative defenses and admit, deny and allege as follows:

### PARTIES JURISDICTION AND VENUE

1. Answering paragraph 1 of the Complaint, Defendants admit the allegations contained therein, upon information and belief.

2. Answering paragraph 2 of the Complaint, Defendants admit that Jeffrey Bardwell previously resided, from time to time, in both Arizona and California, but deny that he is a citizen of Arizona or that his domicile is Arizona. Defendant, Jeffrey Bardwell affirmatively alleges his domicile was, at the time this suit was filed, and presently remains California. Defendant, Fanny Bardwell, is also a citizen of California. Defendants deny that all acts were done for or on behalf of the Bardwell's marital community and affirmatively allege that they were not married until November 2011 and the subject events and transactions alleged between the parties arose six years before the Bardwell's marriage. Accordingly, any transactions or monies referenced in Plaintiff's Complaint constitute the sole and separate property of Jeffrey Bardwell. Any other allegations contained in this compound paragraph are specifically denied.

3. Answering paragraph 3 of the Complaint, Defendants admit Fanny Bardwell is the wife of Jeffrey Bardwell. Defendants deny she is a citizen of Arizona and affirmatively allege her domicile is the State of California at the time this suit was filed through the present.

4. Answering paragraph 4 of the Complaint, Defendants affirmatively allege that no response is required.

5. Answering paragraph 5 of the Complaint, Defendants deny the allegations contained therein.

6. Answering paragraph 6 of the Complaint, Defendants deny the allegations contained therein and affirmatively allege this Court lacks personal jurisdiction over them in relation to this action and that venue is also inappropriate.

## GENERAL ALLEGATIONS

7. Answering paragraph 7 of the Complaint, Defendants deny the allegations contained therein and affirmatively allege any transfer of funds or property was a gift made by Plaintiff to Defendant, Jeffrey Bardwell.

8. Answering paragraph 8 of the Complaint, Defendants deny the allegations contained therein.

9. Answering paragraph 9 of the Complaint, Defendants deny the allegations contained therein and affirmatively allege there was no contractual "promise."

10. Answering paragraph 10 of the Complaint, Defendants deny the allegations contained therein and affirmatively allege there was no contractual "promise."

11. Answering paragraph 11 of the Complaint, Defendant Jeffrey Bardwell admits receiving a check while married to his previous spouse. Fanny Bardwell denies any receipt of funds from any check or knowledge, participation or benefit from this gift.

12. Answering paragraph 12 of the Complaint, Defendant Jeffrey Bardwell admits properties in Arizona and Nevada were transferred to him at the approximate time alleged while he was married to his prior spouse. All remaining allegations not specifically admitted are denied.

13. Answering paragraph 13 of the Complaint, Defendant, Jeffrey Bardwell, denies sufficient knowledge or information to know what gift or other taxes or amounts that were paid by Plaintiff in relation to transfers made to Jeffrey Bardwell and his ex-wife. All remaining allegations or implications related to Fanny Bardwell are hereby denied.

14. Answering paragraph 14 of the Complaint, Defendants deny the allegations contained therein and affirmatively allege the Complaint fails to clarify which spouse, upon which dates, and in what specific amounts, if any and as such all allegations are denied.

15. Answering paragraph 15 of the Complaint, Defendants admit that Jeffrey Bardwell managed some, but not all of Defendants' properties. Defendant admits he managed properties in Arizona and California, but denies managing properties owned or controlled by Plaintiff in Idaho, Montana, or elsewhere. Defendant denies handling "insurance issues" for Plaintiff's vehicles. With respect to allegations of "providing labor" to Plaintiff's properties, Defendant admits personally working on some properties and retaining sub-contractors on

an as needed basis. All routine labor or illegal or undocumented labor utilized on various projects was obtained by and paid for by Plaintiff.

16. Answering paragraph 16 of the Complaint, Defendant, Jeffrey Bardwell admits he ceased working with or otherwise communicating with Plaintiff at or about the time alleged.

17. Settlement offers are inappropriate to allege in Complaints and no response is required.

## COUNT ONE (Breach of Contract)

18. Answering paragraph 18 of the Complaint, Defendants incorporate and restate all denials or allegations alleged in paragraphs 1-17 above.

19. Answering paragraphs 19-22 of the Complaint, Defendants deny the allegations and legal conclusions contained therein.

## COUNT TWO (Promissory Estoppel)

20. Answering paragraph 23 of the Complaint, Defendants incorporate and restate all denials or allegations alleged in paragraphs 1-19 above.

21. Answering paragraphs 24-27 of the Complaint, Defendants deny the allegations and legal conclusions contained therein and affirmatively allege the claims are barred by the economic loss rule.

## COUNT THREE (Unjust Enrichment)

22. Answering paragraph 28 of the Complaint, Defendants incorporate and restate all denials or allegations alleged in paragraphs 1-27 above.

23. Answering paragraphs 29-34 of the Complaint, Defendants deny the allegations and legal conclusions contained therein and affirmatively allege the claim is barred by the economic loss rule.

24. Any allegation contained in the Complaint not specifically admitted is denied.

25. Defendants also allege that this is a contested action arising out of an alleged, contract within the meaning of A.R.S. § 12-341 or 341.01, and therefore, since no contract ever existed or exists between the Plaintiff and Defendants, the Defendants are entitled to an award of attorneys' fees and costs in connection with this matter.

## AFFIRMATIVE DEFENSES

Pursuant to the Rules of Civil Procedure and applicable law, Defendants reserve the right to plead any and all affirmative defenses, subject to discovery and disclosure, and presently plead the following affirmative defenses: lack of personal jurisdiction over Defendants, statute of frauds, statutes of limitation, failure to state claims upon which relief can be granted, constructive discharge, estoppel, laches, intervening cause, supervening cause, offset, recoupment, unclean hands, the economic loss rule and failure to plead with particularity as required by law.

WHEREFORE, having fully defended against Plaintiff's claims, Defendants request:

1. Judgment in their favor and against Plaintiff on the claims for relief;

2. For attorneys' fees and costs as permitted by law and/or statute; and

3. For such other and further relief in their favor and against Plaintiff as may be just and/or equitable under the circumstances.

Respectfully submitted this 11th day of January, 2019.

By: /s/ Thomas J. Marlowe
Attorney for Defendants

ORIGINAL of the foregoing filed
this 11th day of January, 2019 via
Arizona Turbo Court:

COPY of the foregoing mailed/e-mailed to:

Brian M. Flaherty
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Brian.Flaherty@sackstierney.com

/s/ Thomas J. Marlowe

1  LAW OFFICES OF THOMAS M. CONNELLY
2  Thomas M. Connelly (Az. Bar. No. 012987)
   2425 East Camelback Road, Suite 880
3  Phoenix, Arizona 85016
   Phone: (602) 957-1993
4  Facsimile: (602) 957-2137
5  Tconnelly2425@aol.com

6  LAW OFFICES OF THOMAS J. MARLOWE
7  Thomas J. Marlowe (Az. Bar No. 016640)
   2425 East Camelback Road, Suite 880
8  Phoenix, Arizona 85016
   Phone: (602) 957-1993
9  Facsimile: (602) 957-2137
10 Tmarlowe2425@outlook.com
   Attorneys for Bardwell Defendants

11

12      **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

13          **IN AND FOR THE COUNTY OF MARICOPA**

14 RONALD H. PRATTE,                     Case No.: CV2018-015092

15        Plaintiff,

16 vs.                                   **DEMAND FOR JURY TRIAL**

17

18 JEFFREY BARDWELL AND FANNY F.
   BARDWELL, husband and wife,
19 AFFILIATES I-X,                       (Assigned to the Honorable Rosa Mroz)

20        Defendants.

21

22    COMES NOW Defendants Jeffrey and Fanny Bardwell, by and through undersigned

23 counsel, pursuant to the provisions of Rule 38(b), Arizona Rules of Civil Procedure, who

24 hereby demand the right to a jury trial in this matter.

25

26    Respectfully submitted this 11th day of January, 2019.

27

28

1

By: /s/ Thomas J. Marlowe
Attorney for Defendants

ORIGINAL of the foregoing filed
this 11th day of January, 2019 via
Arizona Turbo Court:

COPY of the foregoing mailed/e-mailed to:

Brian M. Flaherty
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Brian.Flaherty@sackstierney.com

 /s/ Thomas J. Marlowe

2