LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

Attorneys for Bardwell Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald H. Pratte,<br><br>        Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>        Defendants. | Case No.: 2: 19-cv-00239-PHX-GMS<br><br>**STIPULATED MOTION TO DEFER THE PARTIES' EXCHANGE OF INITIAL MANDATORY DISCOVERY RESPONSES**<br><br>**(FIRST REQUEST)** |

    In compliance with the Mandatory Initial Discovery Pilot ("MIDP") Project and the Court's Order dated 1/14/2018, pgs. 2 and 5 (including General Order 17-08) [Dkt. # 3], the Parties hereby provide notice and certify to the Court that they are actively engaged in good faith settlement discussions. The present settlement discussions have

included written offers and the exchange of pertinent information and additional information to be exchanged in the near future.

    For this reason, the Parties request leave of the Court to defer the exchange of initial MIDP responses for thirty (30) days.  The Parties' initial MIDP responses or disclosures would be due on Monday, February 11, 2019.  The Parties and their respective undersigned counsel certify that they have good faith belief that a settlement of this matter is possible within thirty days of the present due date of the MIDP initial responses, i.e., on or before March 13, 2019.  With the Court's approval of this deferral, the Parties agree they will file either a Notice of Settlement or will exchange their initial MIDP disclosures by March 13, 2019.

    Wherefore the Parties jointly request the Court to approve their deferral request to permit them time to complete their settlement discussions.

Respectfully submitted this 8th day of February, 2019.

By: /s/ Thomas J. Marlowe
LAW OFFICES OF THOMAS J.  MARLOWE
Thomas J. Marlowe
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Tmarlowe2425@outlook.com

By: /s/ Brian M. Flaherty (with permission)
SACKS TIERNEY, P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, Arizona 85251
Phone: (480) 425-2600
Brian.Flaherty@sackstierney.com

CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on February 8, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case.

By: /s/ Thomas J. Marlowe

Brian M. Flaherty
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3696
Brian.Flaherty@sackstierney.com