IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>v.<br><br>Jeffrey Bardwell, et al.,<br><br>    Defendants. | No. CV-19-00239-PHX-GMS<br><br>**ORDER** |

Upon review of the Parties' Stipulated Motion (Doc. 5) requesting permission to defer the exchange of initial MIDP disclosures and for good cause shown,

**IT IS HEREBY ORDERED** granting the Parties' Stipulated Motion to Defer the exchange of MIDP disclosures.

**IT IS FURTHER ORDERED** the Parties shall file a Notice of Settlement or exchange their initial MIDP disclosures on or before **March 13, 2019**, thirty days from the date of current required disclosures.

**IT IS FURTHER ORDERED** vacating the Scheduling Conference currently set for March 15, 2019 and reset for **April 12, 2019 at 9:30 a.m.**[1]

Dated this 12th day of February, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge

---

[1] The Scheduling conference will be vacated if the parties file a notice of settlement, otherwise the scheduling conference will move forward.