Brian M. Flaherty, #023207
Brian.Flaherty@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone:  480.425.2600

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>v.<br><br>Jeffrey Bardwell And Fanny F. Bardwell,<br><br>    Defendants. | No.  CV-19-00239-PHX-GMS<br><br>**STIPULATED MOTION TO DEFER THE PARTIES' EXCHANGE OF INITIAL MANDATORY DISCOVERY RESPONSES**<br><br>(SECOND REQUEST) |

      On March 12, 2019 the Parties learned of a potential conflict of interest as the law firm representing Plaintiff formerly represented the Defendant in a divorce proceeding. Although that file was closed, issues germane to the divorce may be substantially related to the issues in this suit. Therefore, the prior representation could create a conflict of interest that must be analyzed by conflict counsel. The initial MIDP is due on March 13, 2019. The Parties request leave of Court to defer the exchange of the initial MIDP response for an additional fourteen (14) days. With the Court's approval of this deferral, the Parties agree they will either exchange their initial MIDP disclosures by Wednesday March 27, 2019 or Plaintiff's counsel will lodge a substitution of counsel.

      Wherefore the Parties jointly request the Court to approve their deferral request so Plaintiff's counsel can evaluate the potential conflict of interest.

2357544.v1

DATED this 12th day of March, 2019.

                SACKS TIERNEY P.A.

                By: */s/ Brian M. Flaherty*
                     Brian M. Flaherty
                     Attorneys for Plaintiff

LAW OFFICES OF THOMAS M. CONNELLY

                By: */s/Thomas M .Connelly* (with permission)
                     Thomas M. Connelly
                     Attorneys for Defendants

LAW OFFICES OF THOMAS J. MARLOWE

                By: */s/Thomas J. Marlowe* (with permission)
                     Thomas J. Marlowe
                     Attorneys for Defendants

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2357544.v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically transmitted the attached Stipulated Motion to Defer the Parties' Exchange of Initial Mandatory Discovery Responses to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Thomas M. Connelly
LAW OFFICES OF THOMAS M. CONNELLY
2425 E. Camelback Road, Suite 880
Phoenix, AZ 85016

Thomas J. Marlowe
LAW OFFICES OF THOMAS J. MARLOWE
2425 E. Camelback Road, Suite 880
Phoenix, AZ 85016

By: */s/Michelle L. Curtsinger*

2357544.v1