1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9

Ronald H. Pratte,

10

Plaintiffs,

11

v.

12

Jeffrey Bardwell and Fanny F. Bardwell,

13

Defendants.

14

No. CV-19-00239-PHX-GMS

**ORDER**

15
16

The Court having reviewed the Stipulated Motion to Defer the Parties' Exchange of Initial Mandatory Discovery Responses, and good cause appearing,

17
18

**IT IS ORDERED** granting the Parties' Stipulated Motion to Defer the Exchange of Initial Mandatory Discovery Responses.

19
20
21

**IT IS FURTHER ORDERED** the Parties shall exchange their initial MIDP disclosures or the Plaintiff's counsel shall lodge a substitution of counsel on or before **March 27, 2019.**

22
23

Dated this _____ day of March, 2019.

24
25
26
27
28

2357553