# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte, | No. CV-19-00239-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Jeffrey Bardwell, et al., | |
| Defendants. | |

The Court having reviewed the Stipulated Motion to Defer the Parties' Exchange of Initial Mandatory Discovery Responses (Doc. 7), and good cause appearing,

**IT IS ORDERED** granting the Parties' Stipulated Motion to Defer the Exchange of Initial Mandatory Discovery Responses.

**IT IS FURTHER ORDERED** the Parties shall exchange their initial MIDP disclosures or the Plaintiff's counsel shall lodge a substitution of counsel on or before **March 27, 2019.**

**IT IS FURTHER ORDERED** that should Plaintiff's counsel file for substitution of counsel, the parties' shall exchange their initial MIDP disclosures **within 30 days** of that date.

Dated this 15th day of March, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge