Gregory B. Collins (#023158)
Zachary R. Fort (#031643)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
zrf@kflawaz.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>    Defendants. | Case No. 2:19-cv-00239-PHX-GMS<br><br>**APPLICATION FOR SUBSTITUTION OF COUNSEL** |

Pursuant to LRCiv 83.3(b), plaintiff Ronald H. Pratte ("Plaintiff") applies for an Order from the Court permitting Gregory B. Collins and Zachary R. Fort of Kercsmar & Feltus PLLC to be substituted as counsel for Ronald H. Pratte in place of Brian M. Flaherty and Sacks Tierney P.A., 4250 N. Drinkwater Blvd., 4th Floor, Scottsdale, Arizona 85251-3696, Brian.Flaherty@sackstierney.com.

Plaintiff requests that notices of all proceedings and copies of all pleadings in this action be served on new counsel as follows:

/ / / /
/ / / /
/ / / /

1

Gregory B. Collins, SBN 023158
gbc@kflawaz.com
Zachary R. Fort, SBN 031643
zrf@kflawaz.com
**Kercsmar & Feltus PLLC**
7150 East Camelback Road
Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

This application bears the written approval of Plaintiff and both original and substitute counsel. A proposed form of order is submitted herewith.

DATED this 25th day of March, 2019

KERCSMAR & FELTUS PLLC

By: *s/ Gregory Collins*
Gregory B. Collins
Zachary R. Fort
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

SACKS TIERNEY P.A.

By: *s/ Brian Flaherty*
Brian M. Flaherty
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, Arizona 85251-3693
*Attorneys for Plaintiff*

**APPROVAL BY CLIENT:**

By: s/ *Ron Pratte* (w/ permission)
Ron Pratte

## **CERTIFICATE OF SERVICE**

I certify that on March 25, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Thomas M. Connelly
**LAW OFFICES OF THOMAS M. CONNELLY**
2425 East Camelback Road, Suite 880
Phoenix, Arizona  85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

Thomas J. Marlowe
**LAW OFFICES OF THOMAS J. MARLOWE**
2425 East Camelback Road, Suite 880
Phoenix, Arizona  85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

*Attorneys for Defendants*


s/ *Patricia S. Werner*