IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte, | Case No. 2:19-cv-00239-PHX-GMS |
| Plaintiff, | |
| vs. | **ORDER** |
| Jeffrey Bardwell and Fanny F. Bardwell, husband and wife, | |
| Defendants. | |

Before the Court is an Application for Substitution of Counsel, requesting that attorneys Gregory B. Collins and Zachary R. Fort of Kercsmar & Feltus PLLC be substituted in place of Brian M. Flaherty of Sacks Tierney P.A. as counsel of record for Plaintiff. Having considered this request,

**IT IS ORDERED** that the Application for Substitution of Counsel is granted.

**IT IS FURTHER ORDERED** that Gregory B. Collins and Zachary R. Fort of Kercsmar & Feltus PLLC are substituted as counsel of record for Plaintiff Ronald H. Pratte.