# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>v.<br><br>Jeffrey Bardwell, et al.,<br><br>    Defendants. | No. CV-19-00239-PHX-GMS<br><br>**ORDER** |

Pending before the Court is an Application for Substitution of Counsel (Doc. 9), requesting that attorneys Gregory B. Collins and Zachary R. Fort of Kercsmar & Feltus PLLC be substituted in place of Brian M. Flaherty of Sacks Tierney P.A. as counsel of record for Plaintiff. Having considered this request,

**IT IS ORDERED** that the Application for Substitution of Counsel (Doc. 9) is granted.

**IT IS FURTHER ORDERED** that Gregory B. Collins and Zachary R. Fort of Kercsmar & Feltus PLLC are substituted as counsel of record for Plaintiff Ronald H. Pratte.

Dated this 26th day of March, 2019.

_____
G. Murray Snow
Chief United States District Judge