LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

Attorneys for Bardwell Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald H. Pratte,<br><br>          Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>          Defendants. | Case No.: 2: 19-cv-00239-PHX-GMS<br><br>**NOTICE OF CHANGE OF E-MAIL ADDRESS FOR DEFENANT'S COUNSEL, THOMAS J. MARLOWE** |

   Undersigned counsel, Thomas J. Marlowe, hereby provides formal notice of his change of e-mail address pursuant to Local Rule of Civil Procedure, 83.3(d).

   Counsel's correct and new e-mail address is: tmarlowe2425@outlook.com.

Respectfully submitted this 9th day of April, 2019.

By: /s/ Thomas J. Marlowe
LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Tmarlowe2425@outlook.com

CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on April 9, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case.

By: /s/ Thomas J. Marlowe

Gregory B. Collins
Zachary R. Fort
Kercsmar & Feltus PLLC
7150 E. Camelback Road, Ste. 285
Scottsdale, Arizona 85251
gbc@kflawaz.com
zrf@kflawaz.com