LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com
Attorneys for Bardwell Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>      Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>      Defendants. | Case No.: 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF SERVICE OF DEFENDANTS' MANDATORY INITIAL DISCOVERY RESPONSES** |

      Defendants Jeffrey Bardwell and Fanny F. Bardwell, by and through their attorneys of record, hereby provide Notice of Service to the court of Defendants' Mandatory Initial Discovery Responses.

      Dated this 24th of April, 2019.

                                    By: /s/ Thomas J. Marlowe
                                    LAW OFFICES OF THOMAS J. MARLOWE
                                    Attorney for Defendant

CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on April 24, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case.

By: /s/ Thomas J. Marlowe

Gregory B. Collins
Zachary R. Fort
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
gbc@kflawaz.com
zrf@kflawaz.com