Gregory B. Collins (#023158)
Zach R. Fort (#031643)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
zrf@kflawaz.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte, | Case No. 2:19-cv-00239-PHX-GMS |
| Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF'S MANDATORY INITIAL DISCOVERY RESPONSES** |
| vs. | |
| Jeffrey Bardwell and Fanny F. Bardwell, husband and wife, | |
| Defendants. | |

Plaintiff Ronald H. Pratte, by and through his attorneys of record, hereby provides Notice of Service to the court of Plaintiff's Mandatory Initial Discovery Responses.

DATED this 25th day of April, 2019

KERCSMAR & FELTUS PLLC

By: *s/ Zach Fort*
Gregory B. Collins
Zach R. Fort
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

1

2
## CERTIFICATE OF SERVICE

3
    I certify that on April 25, 2019, I electronically transmitted the foregoing to the

4
Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of
Electronic Filing to the following:

5

6
Thomas M. Connelly
**LAW OFFICES OF THOMAS M. CONNELLY**

7
2425 East Camelback Road, Suite 880
Phoenix, Arizona  85016

8
Phone: (602) 957-1993
Facsimile: (602) 957-2137

9
Tconnelly2425@aol.com

10
Thomas J. Marlowe

11
**LAW OFFICES OF THOMAS J. MARLOWE**
2425 East Camelback Road, Suite 880

12
Phoenix, Arizona  85016
Phone: (602) 957-1993

13
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

14

15
*Attorneys for Defendants*

16

17
*s/ Mary Ann Bautista*

18

19

20

21

22

23

24

25

26

27

28

Kerosmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001