Gregory B. Collins (#023158)
Zach R. Fort (#031643)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
zrf@kflawaz.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>        Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>        Defendants. | Case No. 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM** |

     Pursuant to Fed. R. Civ. P. 45(a)(4), Plaintiff Ronald H. Pratte gives notice of his intent to serve a Subpoena Duces Tecum on the following individual: Maria Jennifer Recendez.

     A copy of the subpoena has been provided to Defendants' counsel via U.S. Mail and email.

DATED this 23th day of May, 2019

KERCSMAR & FELTUS PLLC

By: *s/ Zach Fort*
Gregory B. Collins
Zach R. Fort
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 23, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Thomas M. Connelly
**LAW OFFICES OF THOMAS M. CONNELLY**
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

Thomas J. Marlowe
**LAW OFFICES OF THOMAS J. MARLOWE**
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

*Attorneys for Defendants*


*s/ Mary Ann Bautista*