1  Gregory B. Collins (#023158)
2  Zachary R. Fort (#031643)
   KERCSMAR & FELTUS PLLC
3  7150 East Camelback Road, Suite 285
   Scottsdale, Arizona 85251
4  Telephone: (480) 421-1001
   Facsimile: (480) 421-1002
5  gbc@kflawaz.com
6  zrf@kflawaz.com

7  *Attorneys for Plaintiff*

8

9            **IN THE UNITED STATES DISTRICT COURT**

10             **FOR THE DISTRICT OF ARIZONA**

11

12  Ronald H. Pratte,                          Case No. 2:19-cv-00239-PHX-GMS

13                    Plaintiff,

14  vs.

15                                             **JOINT MOTION FOR ENTRY OF**
    Jeffrey Bardwell and Fanny F. Bardwell,    **PROTECTIVE ORDER**
16  husband and wife,

17                    Defendants.

18

19       Plaintiff Ronald H. Pratte and Defendants Jeffrey Bardwell and Fanny F. Bardwell

20  anticipate that during discovery certain documents will be produced that include

21  confidential business information of the parties.  Accordingly, the parties jointly request

22  that that Court enter the proposed protective order, attached hereto.

23

24

25

26

27

28

1

DATED this 16th day of July, 2019

**KERCSMAR & FELTUS PLLC**

By: *s/ Gregory Collins*

Gregory B. Collins
Zachary R. Fort
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

**LAW OFFICES OF THOMAS J. MARLOWE**

By: *s/ Thomas Marlowe (with permission)*

Thomas J. Marlowe
2425 East Camelback Road, Suite 880
Phoenix, Arizona  85016
*Attorneys for Defendants*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

2

1

## **CERTIFICATE OF SERVICE**

2

3

I certify that on July 16, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

4

5

Thomas M. Connelly
**LAW OFFICES OF THOMAS M. CONNELLY**

6

2425 East Camelback Road, Suite 880
Phoenix, Arizona  85016

7

Phone: (602) 957-1993
Facsimile: (602) 957-2137

8

Tconnelly2425@aol.com

9

Thomas J. Marlowe

10

**LAW OFFICES OF THOMAS J. MARLOWE**
2425 East Camelback Road, Suite 880

11

Phoenix, Arizona  85016
Phone: (602) 957-1993

12

Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

13

14

*Attorneys for Defendants*

15

16

*s/ Marina Gonzales*

17

18

19

20

21

22

23

24

25

26

27

28

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001