LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com
Attorneys for Bardwell Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF DEFENDANTS' SERVICE OF DISCOVERY RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES** |

　　　　Defendants Jeffrey Bardwell and Fanny F. Bardwell, by and through their attorneys of record, hereby provide Notice of Service to the court of Defendants' Responses to Plaintiff's First Request for Production of Documents and Interrogatories.

　　　　Dated this 8th of August, 2019.

　　　　　　　　　　　　　　　　　By: /s/ Thomas J. Marlowe
　　　　　　　　　　　　　　　　　LAW OFFICES OF THOMAS J. MARLOWE
　　　　　　　　　　　　　　　　　Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on August 8, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case.

By: /s/ Thomas J. Marlowe