LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com
Attorneys for Bardwell Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF SERVICE OF WRITTEN DISCOVERY** |

　　　　Pursuant to LRCiv 5.2, Defendant Jeffrey Bardwell gives notice that, on August 26, 2019, he served Defendant Jeffrey Bardwell's First Set of Requests for Production to Plaintiff Ronald H. Pratte and Defendant Jeffrey Bardwell's First Set of Interrogatories to Plaintiff Ronald H. Pratte by U.S. Mail and Email on the following:

| | |
|---|---|
| Gregory B. Collins | Zachary R. Fort |
| KERCSMAR & FELTUS PLLC | KERCSMAR & FELTUS PLLC |
| 7150 East Camelback Road, Suite 285 | 7150 East Camelback Road, Suite 285 |
| Scottsdale, Arizona 85251 | Scottsdale, Arizona 85251 |
| gbc@kflawaz.com | zrf@kflawaz.com |

Dated this 27th of August, 2019.

By: /s/ Thomas J. Marlowe
LAW OFFICES OF THOMAS J. MARLOWE
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Attorney for Defendant

CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on August 27, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case.

By: /s/ Thomas J. Marlowe

Gregory B. Collins
Zachary R. Fort
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
gbc@kflawaz.com
zrf@kflawaz.com