LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com
Attorneys for Bardwell Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM** |

　　　Pursuant to Fed. R. Civ. P. 45(a)(4), Defendant Jeffrey Bardwell gives notice of his intent to serve a Subpoena Duces Tecum on the following individual: Trevor Pratte.

　　　A copy of the subpoena has been provided to Plaintiff's counsel via U.S. Mail and email.

Dated this 19th day of September, 2019.

By: /s/ Thomas J. Marlowe  
LAW OFFICES OF THOMAS J. MARLOWE  
2425 East Camelback Road, Suite 880  
Phoenix, Arizona 85016  
Attorney for Defendant

CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on September 19, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case.

By: /s/ Thomas J. Marlowe

Gregory B. Collins  
Zachary R. Fort  
KERCSMAR & FELTUS PLLC  
7150 East Camelback Road, Suite 285  
Scottsdale, Arizona 85251  
gbc@kflawaz.com  
zrf@kflawaz.com