Gregory B. Collins (#023158)
Zach R. Fort (#031643)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
zrf@kflawaz.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>　　　　Defendants. | Case No. 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S SECOND AMENDED MANDATORY INITIAL DISCOVERY RESPONSES** |

　　　Plaintiff Ronald H. Pratte, by and through his attorneys of record, hereby provides Notice of Service of Plaintiff's Second Amended Mandatory Initial Discovery Responses.

　　　DATED this 4th day of October, 2019

　　　　　　　　　　　　　　　　KERCSMAR & FELTUS PLLC

　　　　　　　　　　　　　　By: *s/ Zach Fort*
　　　　　　　　　　　　　　　　Gregory B. Collins
　　　　　　　　　　　　　　　　Zach R. Fort
　　　　　　　　　　　　　　　　7150 East Camelback Road, Suite 285
　　　　　　　　　　　　　　　　Scottsdale, Arizona 85251
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1

# **CERTIFICATE OF SERVICE**

I certify that on October 4, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Thomas M. Connelly
**LAW OFFICES OF THOMAS M. CONNELLY**
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

Thomas J. Marlowe
**LAW OFFICES OF THOMAS J. MARLOWE**
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

*Attorneys for Defendants*


s/ Mary Ann Bautista

2