IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>　　　　Defendants. | Case No.: 2: 19-cv-00239-PHX-GMS<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER** |

　　　　Upon review of the Parties' Joint Motion to Modify Case Management Order and for good cause shown,

　　　　**IT IS HEREBY ORDERED** granting the Parties' Joint Motion to Modify Case Management Order.

　　　　**IT IS FURTHER ORDERED** the deadline for final supplementation of MIDP responses and the completion of fact discovery, including discovery by subpoena is January 31, 2020.

　　　　**IT IS FURTHER ORDERED** Plaintiff shall provide full and complete expert disclosures not later than February 21, 2020.

　　　　**IT IS FURTHER ORDERED** Defendants shall provide full and complete expert

1

disclosures not later than March 13, 2020.

**IT IS FURTHER ORDERED** both parties shall provide rebuttal expert disclosures by April 10, 2020.

**IT IS FURTHER ORDERED** all expert depositions shall be completed by May 15, 2020.

**IT IS FURTHER ORDERED** dispositive motions, if any, shall be filed not later than June 5, 2020.

**IT IS FURTHER ORDERED** that on or before May 8, 2020, the parties shall exchange two-page letters regarding any anticipated dispositive motions, and on May 8, 2020, the parties also shall contact the Court to schedule a time for the pre-motion conference, if needed.