1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Ronald H. Pratte,

        Plaintiff,

v.

Jeffrey Bardwell, et al.,

        Defendants.

No. CV-19-00239-PHX-GMS

**ORDER**

Pending before the Court is the Parties' Joint Motion to Modify Case Management Order (Doc. 28) to amend the April 12, 2019 Case Management Order.  Accordingly,

**IT IS HEREBY ORDERED** granting the Joint Motion to Modify Case Management Order (Doc. 28) and extending the deadlines set forth in the April 12, 2019 Case Management Order (Doc. 14) to be modified as follows:

1.    The deadline for final supplementation of MIDP responses and the completion of fact discovery, including discovery by subpoena shall be filed no later than **January 31, 2020**.

2.    Plaintiff shall provide full and complete expert disclosures no later than **February 21, 2020**.

3.    Defendants shall provide full and complete expert disclosures no later than **March 13, 2020**.

4.    The parties shall provide rebuttal expert disclosures no later than **April 10,**

**2020**.

     5.     Expert depositions shall be completed no later than **May 15, 2020**.

     6.     Dispositive motions, if any, shall be filed no later than **June 5, 2020**.

     7.     The parties shall file their respective two-page letters regarding any anticipated dispositive motions no later than **May 8, 2020** and shall contact the Court the same day to schedule a time for a pre-motion conference.

     Dated this 8th day of October, 2019.

G. Murray Snow
Chief United States District Judge