LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com
Attorneys for Bardwell Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald H. Pratte, | Case No.: 2:19-cv-00239-PHX-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM** |
| Jeffrey Bardwell and Fanny F. Bardwell, husband and wife, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 45(a)(4), Defendant Jeffrey Bardwell gives notice of his intent to serve a Subpoena Duces Tecum on the following individual: Jaime Ziparo.

A copy of the subpoena has been provided to Plaintiff's counsel via U.S. Mail and/or email.

Dated this 30th day of October, 2019.

      By: /s/ Thomas J. Marlowe
LAW OFFICES OF THOMAS J. MARLOWE
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on October 30, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case.

By: /s/ Thomas J. Marlowe

Gregory B. Collins
Zachary R. Fort
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
gbc@kflawaz.com
zrf@kflawaz.com