Gregory B. Collins (#023158)
Zach R. Fort (#031643)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
zrf@kflawaz.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>          Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell,<br>husband and wife,<br><br>          Defendants. | Case No. 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA FOR DEPOSITION** |

Pursuant to Fed. R. Civ. P. 45(a)(4), Plaintiff Ronald H. Pratte gives notice of his intent to serve a Subpoena on the following:  Diana I. Rader.

A copy of the subpoena has been provided to Defendants' counsel via U.S. Mail and email.

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

1

2   DATED this 23rd day of December, 2019

3
                            KERCSMAR & FELTUS PLLC
4

5                    By: s/ Zach Fort
6                        Gregory B. Collins
                         Zach R. Fort
7                        7150 East Camelback Road, Suite 285
                         Scottsdale, Arizona 85251
8                        Attorneys for Plaintiff

9

10              **CERTIFICATE OF SERVICE**

11      I certify that on December 23, 2019, I electronically transmitted the foregoing to the
12   Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of
     Electronic Filing to the following:
13

14   Thomas M. Connelly
     **LAW OFFICES OF THOMAS M. CONNELLY**
15   2425 East Camelback Road, Suite 880
     Phoenix, Arizona  85016
16   Phone: (602) 957-1993
     Facsimile: (602) 957-2137
17   Tconnelly2425@aol.com

18
     Thomas J. Marlowe
19   **LAW OFFICES OF THOMAS J. MARLOWE**
20   2425 East Camelback Road, Suite 880
     Phoenix, Arizona  85016
21   Phone: (602) 957-1993
     Facsimile: (602) 957-2137
22   Tmarlowe2425@outlook.com

23   Attorneys for Defendants

24

25   s/  Mary Ann Bautista

26

27

28

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001