Gregory B. Collins (#023158)
Zach R. Fort (#031643)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
zrf@kflawaz.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>    Defendants. | Case No. 2:19-cv-00239-PHX-GMS<br><br>**UNOPPOSED MOTION TO MODIFY DEADLINE FOR COMPLETION OF FACT DISCOVERY** |

  Plaintiff Ronald H. Pratte moves the Court for an order extending the deadline "for final supplementation of MIDP responses and the completion of fact discovery, including discovery by subpoena", from **February 28, 2020** to **March 20, 2020**. This requested extension will not require the Court to extend any of the other deadlines in this matter, including the July 17, 2020 dispositive motion deadline. (*See* Doc. #37.) Defendants Jeffrey Bardwell and Fanny Bardwell do not oppose this request.

  The extension is sought due a family medical emergency that occurred on the eve of Plaintiff Ronald Pratte's scheduled February 20, 2020 deposition. On February 17, 2020, Mr. Pratte learned that his brother was scheduled for a medical procedure on short notice. It was necessary for Mr. Pratte to be with his brother for this procedure.

Understanding Mr. Pratte's family emergency, Defendant's counsel agreed to re-schedule Mr. Pratte's deposition. The parties have agreed to schedule Mr. Pratte's deposition for the mutually agreeable date of February 27, 2020.

With Mr. Pratte's deposition moved to February 27, 2020, it was also necessary to reschedule the deposition of Mr. Pratte's former accountant William Schisler. First, it was necessary to reschedule this deposition because the only date that both side's counsel had available to conduct Mr. Pratte's deposition before February 28, was the date the parties had already scheduled Mr. Schisler's deposition for: February 27, 2020. Second, the parties also had to reschedule this deposition because, according to Defendant, Mr. Schisler's deposition must occur after Mr. Pratte's deposition. This is because Defendant is likely to take the position, following Mr. Pratte's deposition, that there has been a waiver of the accountant-client privilege between Mr. Pratte and Mr. Schisler.[1] While Plaintiff certainly disputes that any waiver has or will occur here, Plaintiff nonetheless recognizes that Defense counsel certainly has the right to schedule depositions in a manner that will allow the Defendant to make this argument, should it so choose, while avoiding having to take potentially two depositions of non-party Mr. Schisler. For this reason, the parties have agreed to reschedule Mr. Schisler's deposition for the mutually agreeable date of March 12, 2020.

With Mr. Schisler's deposition taking place on March 12, 2020, the parties request that the Court extend the deadline for "for final supplementation of MIDP responses and the completion of fact discovery, including discovery by subpoena" until March 20, 2020, to allow for final supplementation of the MIDP responses.

For the foregoing, good cause exists to extend the deadline for fact discovery here from February 28 to March 20. Importantly, this extension will not require an extension

---

[1] In an effort to avoid further delay in this matter, anticipating that the parties are unlikely to agree that a waiver of the accountant-client privilege occurred, the parties contacted the Court this morning, February 20, 2020, and left a voicemail seeking to schedule a discovery dispute conference with the Court. The parties intend to request and do request that the Court set a discovery dispute conference to take place sometime between Mr. Pratte's deposition on February 27 and before Mr. Schisler's deposition on March 12.

2

to any of the remaining deadlines in the case management order. The parties have worked together to re-schedule the remaining few depositions in this matter to take place within the requested extended fact discovery deadline. A proposed form of order is filed herewith.

DATED this 20th day of February, 2020.

KERCSMAR & FELTUS PLLC

By: *s/ Greg Collins*
Gregory B. Collins
Zach R. Fort
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on February 20, 2020, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Thomas M. Connelly
**LAW OFFICES OF THOMAS M. CONNELLY**
2425 East Camelback Road, Suite 880
Phoenix, Arizona  85016
Tconnelly2425@aol.com

Thomas J. Marlowe
**LAW OFFICES OF THOMAS J. MARLOWE**
2425 East Camelback Road, Suite 880
Phoenix, Arizona  85016
Tmarlowe2425@outlook.com

*Attorneys for Defendants*


*s/ Mary Ann Bautista*