# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>    Defendants. | Case No.: 2:19-cv-00239-PHX-GMS<br><br>**ORDER GRANTING CONTINUANCE; VACATING SCHEDULING DEADLINES; and ORDERING A JOINT STATUS REPORT BE FILED IN 30 DAYS** |

    Upon review of the Defendants' Motion to Continue Fact Discovery for 60-days and to vacate all other case deadlines and for good cause shown,

    **IT IS HEREBY ORDERED** granting Defendants' Motion to Continue Fact Discovery and Vacate Other Scheduling Deadlines for a period of sixty (60) days.

    **IT IS FURTHER ORDERED** the Parties shall file a Joint Status Report and proposed scheduling dates on or before April \_\_\_\_, 2020.