# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>    Defendants. | Case No.: 2: 19-cv-00239-PHX-GMS<br><br>**ORDER** |

Pending before the Court is the Parties' Joint Status Report and Proposed Scheduling Dates submitted pursuant to the Court's Order of March 20, 2020 (Doc. 42). Upon review of the Joint Status Report, for good cause shown, the Court issues new deadlines as set forth below.

**IT IS HEREBY ORDERED:**

1. The deadline for final supplementation of MIDP responses and Extending the deadline for final supplementation of MIDP responses and the completion of fact discovery, including discovery by subpoena is _____, 2020.

2. The deadline for Plaintiff to provide full and complete expert disclosures is _____, 2020.

3. The deadline for Defendants to provide full and complete expert disclosures is **_____, 2020**.

4. The deadline for rebuttal expert disclosures is **_____, 2020**.

5. The deadline for completing all expert depositions is **_____, 2020**.

6. The dispositive motion deadline, if any are to be filed, is **_____, 2020.**

7. The pre-motion conference letter submission and contact date is set for **_____, 2020**. On or before that date the parties shall exchange their respective two-page letters regarding any anticipated dispositive motions, and on _____, **2020**, the parties shall contact the Court to schedule a time for the pre-motion conference, if needed.