**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>　　　　Defendants. | Case No.: 2: 19-cv-00239-PHX-GMS<br><br>**ORDER** |

　　Pending before the Court is the Parties' Joint Status Report and Motion to Extend Scheduling Dates previously set forth in the Court's Order of April 28, 2020 (Doc. 44. Upon review of the Joint Status Report, for good cause shown, the Court further amends its Case Management Order.

　　**IT IS HEREBY ORDERED:**

　　1. The deadline for final supplementation of MIDP responses and Extending the deadline for final supplementation of MIDP responses and the completion of fact discovery, including discovery by subpoena shall be no later than _____**, 2020**.

　　2. Plaintiff shall provide full and complete expert disclosures no later than _____**, 2020**.

3. Defendants shall provide full and complete expert disclosures no later than _____, 2020.

4. Rebuttal expert disclosures, if any, shall be made no later than _____, **2020**.

5. Expert depositions shall be completed no later than _____, 2020.

6. Dispositive motions, if any, shall be filed no later than_____**, 2020.**

7.  The parties shall file their respective two-page letters regarding any anticipated dispositive motions no later than _____, **2020**.  The parties shall contact the Court the following week to schedule a time for a pre-motion conference.