# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jeffrey Bardwell, et al.,<br><br>　　　　　Defendants. | No. CV-19-00239-PHX-GMS<br><br>**ORDER** |

　　　　Pending before the Court is the Parties' Joint Status Report and Motion to Extend Scheduling Dates (Doc. 45) and good cause appearing,

　　　　**IT IS HEREBY ORDERED** that the Motion to Extend is granted. The Case Management Orders (Docs. 14, 29, 37, 39, 42, 44) are amended as follows:

　　　　1.　　The deadline for final supplementation of MIDP responses and Extending the deadline for final supplementation of MIDP responses and the completion of fact discovery, including discovery by subpoena shall be no later than **August 21, 2020**.

　　　　2.　　Plaintiff shall provide full and complete expert disclosures no later than **August 28, 2020**.

　　　　3.　　Defendants shall provide full and complete expert disclosures no later than **September 25, 2020**.

　　　　4.　　Rebuttal expert disclosures, if any, shall be made no later than **October 23, 2020**.

　　　　5.　　Expert depositions shall be completed no later than **November 27, 2020**.

6. Dispositive motions, if any, shall be filed no later than **December 18, 2020.**

7. The parties shall file their respective two-page letters regarding any anticipated dispositive motions no later than **November 13, 2020**. The parties shall contact the Court the following week to schedule a time for a pre-motion conference.

8. **No further extensions shall be granted.**

Dated this 14th day of July, 2020.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge