LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
6720 North Scottsdale Road, Suite 305
Scottsdale, Arizona 85253
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

Attorneys for Bardwell Defendants

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF COUNSEL'S CHANGE OF ADDRESS** |

　　　　Defendants' undersigned counsel, Thomas J. Marlowe, hereby provides formal notice of his change of address pursuant to Local Rule 83.3(d).

　　　　Counsel's address is:　　Law Offices of Thomas J. Marlowe
　　　　　　　　　　　　　　　　6720 North Scottsdale Road
　　　　　　　　　　　　　　　　Suite 305
　　　　　　　　　　　　　　　　Scottsdale, AZ 85253

　　　　Please note that undersigned counsel's phone number, fax number and email address remain the same.

Respectfully submitted this 25th day of September, 2020.

By: /s/ Thomas J. Marlowe
LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe
6720 North Scottsdale Road, Suite 305
Scottsdale, Arizona  85253
Phone: (602) 957-1993
Tmarlowe2425@outlook.com

CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on September 25, 2020, I electronically transmitted the foregoing document with the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case and emailed a copy of this document to the following:

Gregory B. Collins
Daniel P. Crane
Eric B. Hull
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
gbc@kflawaz.com
dpc@kflawaz.com
ebh@kflawaz.com

By: *s/ Thomas J. Marlowe*