1  LAW OFFICES OF THOMAS M. CONNELLY
2  Thomas M. Connelly (Az. Bar. No. 012987)
   6720 North Scottsdale Road, Suite 305
3  Scottsdale, Arizona  85253
4  Phone: (602) 957-1993
   Facsimile: (602) 957-2137
5  Tconnelly2425@aol.com

6  Attorneys for Bardwell Defendants
7
8  **IN THE UNITED STATES DISTRICT COURT**
9  **DISTRICT OF ARIZONA**
10

11 | Ronald H. Pratte, | Case No.: 2:19-cv-00239-PHX-GMS |
12 | Plaintiff, | |
13 | vs. | **NOTICE OF COUNSEL'S CHANGE OF ADDRESS** |
14 | Jeffrey Bardwell and Fanny F. Bardwell, husband and wife, | |
15 | Defendants. | |

       Defendants' undersigned counsel, Thomas M. Connelly, hereby provides formal notice of his change of address pursuant to Local Rule 83.3(d).

       Counsel's address is:     Law Offices of Thomas M. Connelly
                                 6720 North Scottsdale Road
                                 Suite 305
                                 Scottsdale, AZ  85253

       Please note that undersigned counsel's phone number, fax number and email address remain the same.

1

Respectfully submitted this 25th day of September, 2020.

        By: /s/ Thomas M. Connelly
           LAW OFFICES OF THOMAS M. CONNELLY
           Thomas M. Connelly
           6720 North Scottsdale Road, Suite 305
           Scottsdale, Arizona  85253
           Phone: (602) 957-1993
           Tconnelly2425@aol.com

2

CERTIFICATE OF SERVICE

I, Thomas M. Connelly, hereby certify that on September 25, 2020, I electronically transmitted the foregoing document with the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case and emailed a copy of this document to the following:

Gregory B. Collins
Daniel P. Crane
Eric B. Hull
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
gbc@kflawaz.com
dpc@kflawaz.com
ebh@kflawaz.com


By: *s/ Thomas M. Connelly*