LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
6720 North Scottsdale Road, Suite 305
Scottsdale, Arizona 85253
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
6720 North Scottsdale Road, Suite 305
Scottsdale, Arizona 85253
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com

Attorneys for Bardwell Defendants

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>   Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>   Defendants. | Case No.: 2:19-cv-00239-PHX-GMS<br><br>**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE ONE OF TWO REBUTTAL DISCLOSURE DATES** |

Defendants, by and through undersigned counsel, hereby request the Court continue the date by which their rebuttal expert opinion on damages is due to be disclosed for the reasons stated herein and for a period of approximately (2) business days.

Plaintiff has (2) experts, a tax expert, and a damages expert. Defendants too have a tax expert. Expert reports (3 in total) by both parties have been disclosed. The only remaining reports are rebuttal expert opinions. The Parties will be exchanging tax expert

rebuttal reports on Friday, October 23, 2020 as Ordered. The only remaining report is Defendants' rebuttal report related to damages. No other reports are authorized.

This final expert report, i.e., Defendants' rebuttal opinion on damages, is also due to be disclosed on Friday, October 23, 2020. Recently the undersigned was informed that Defendants' damages rebuttal expert was seriously injured in a recreational accident occurring out-of-state. The expert suffered serious fractures involving an out-of-state hospital stay. The expert has advised that they anticipate being able to prepare the report for disclosure with a brief extension and believe they will be able to provide a completed report by Tuesday, October 27, 2020. As there are no other reports to be disclosed, it is anticipated that this brief delay will not otherwise cause any issues with the remaining portions of the Court's scheduling Order.

Defendants have conferred with Plaintiff's counsel, Mr. Collins, who has no opposition to this brief extension request related to the disclosure of the rebuttal opinion on damages.

Accordingly, Defendants' request the Court grant the brief extension set forth herein.

DATED this 21st day of October, 2020.

> By: /s/ Thomas J. Marlowe
> LAW OFFICES OF THOMAS J. MARLOWE
> Thomas J. Marlowe
> 6720 N. Scottsdale Road, Suite 305
> Scottsdale, Arizona 85253
> Phone: (602) 957-1993
> Tmarlowe2425@outlook.com

CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on October 21, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case.

By: /s/ Thomas J. Marlowe

Gregory B. Collins
Eric B. Hull
Kercsmar & Feltus PLLC
7150 E. Camelback Road, Ste. 285
Scottsdale, Arizona 85251
gbc@kflawaz.com
ebh@kflawaz.com
Attorneys for Plaintiff