# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>    Defendants. | Case No.: 2:19-cv-00239-PHX-GMS<br><br>**ORDER GRANTING EXTENSION FOR DISCLOSURE OF DEFENDANTS' DAMAGES EXPERT REBUTTAL OPINION** |

Upon review of the Defendants' Unopposed Motion to Continue the disclosure of Defendants' damages expert's rebuttal opinion and for good cause shown,

**IT IS HEREBY ORDERED** granting Defendants' Motion to Continue the date set forth in the Scheduling Order (Doc. 46) for disclosure of Defendants' damages expert's rebuttal opinion. The rebuttal opinion shall be disclosed on or before Tuesday, October 27, 2020.