LAW OFFICES OF THOMAS M. CONNELLY
Thomas M. Connelly (Az. Bar. No. 012987)
6720 N. Scottsdale Road, Suite 305
Scottsdale, Arizona 85253
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tconnelly2425@aol.com

LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
6720 N. Scottsdale Road, Suite 305
Scottsdale, Arizona 85253
Phone: (602) 957-1993
Facsimile: (602) 957-2137
Tmarlowe2425@outlook.com
Attorneys for Bardwell Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald H. Pratte,<br><br>        Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>        Defendants. | Case No.: 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF FILING DEFENDANTS' LETTER REGARDING POTENTIAL DISPOSITIVE MOTION** |

**NOTICE** is hereby given that Defendants Jeffrey Bardwell and Fanny F. Bardwell are filing herewith their letter in this case in compliance with the Order (Dkt. 46) at Paragraph 7. Included with this Notice is the following:

    1.    Letter of Defendants Jeffrey Bardwell and Fanny F. Bardwell addressing anticipated dispositive motions.

Following the electronic filing of this Notice, and in compliance with the Order

1

(Dkt. 46) at Paragraph 7, the parties will be contacting chambers to schedule a time for a pre-motion conference.

Dated this 13th day of November, 2020.

By: /s/ Thomas J. Marlowe
LAW OFFICES OF THOMAS J. MARLOWE
6720 N. Scottsdale Road, Suite 305
Scottsdale, Arizona 85253
Attorney for Defendants

CERTIFICATE OF SERVICE

I, Thomas J. Marlowe, hereby certify that on November 13, 2020, I electronically transmitted the foregoing document with the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case and emailed a copy of this document to the following:

Gregory B. Collins
Eric B. Hull
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
gbc@kflawaz.com
ebh@kflawaz.com