# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte, | No. CV-19-00239-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Jeffrey Bardwell, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** setting a Telephonic Pre-Motion Conference for **November 20, 2020 at 3:00 p.m.,** to discuss the proposed summary judgment motions (Docs. 51 and 52).

**IT IS FURTHER ORDERED** the parties shall disseminate the conference call-in number on or before **noon on Wednesday, November 18, 2020**, to the parties, including the Court.

Dated this 16th day of November, 2020.

_____
G. Murray Snow
Chief United States District Judge