Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>    Defendants. | Case No. 2:19-cv-00239-PHX-GMS<br><br>**STIPULATED JOINT MOTION TO EXTEND DEADLINE FOR PARTIES' RESPONSES TO RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT TO FEBRUARY 15, 2021** |

  The Parties hereby stipulate and agree that the respective deadlines for Plaintiff Ronald Pratte and Defendants Jeffrey Bardwell and Fanny Bardwell to respond to the respective motions for summary judgment and supporting documents filed by the opposing party shall be extended from January 19, 2021 to February 15, 2021.

  Accordingly, the Parties jointly move this Court to extend the respective deadlines for Plaintiff Ronald Pratte and Defendants Jeffrey Bardwell and Fanny Bardwell to respond to the respective motions for summary judgment and supporting documents filed by the opposing party (the Motion for Summary Judgment filed by Mr. Pratte is Docket No. 55, his Separate Statement of Facts is Docket No. 56; the Motion for Summary Judgment filed by Mr. Bardwell is Docket No. 57, his Separate Statement of Facts is Docket No. 58) from January 19, 2021 to February 15, 2021. The extension is stipulated

in order to accommodate the schedule of Plaintiff's counsel and the schedule of Defendants' counsel. Defendants' counsel has a significant evidentiary hearing in early February and Plaintiffs counsel's schedule has been recently consumed by another matter, pending in the Southern District of Florida, where discovery closes on February 9 and the opposing party just disclosed over 200,00 pages of documents.

      The Parties have not requested any previous extension of this deadline.

      A proposed form of order is filed herewith.

      DATED this 13th day of January, 2021.

KERCSMAR & FELTUS PLLC

By: *s/ Greg Collins*
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

and

By: /s/Thomas Marlowe
LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Phone: (602) 957-1993
Tmarlowe2425@outlook.com

## CERTIFICATE OF SERVICE

I certify that on January 13, 2021, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Thomas M. Connelly
**LAW OFFICES OF THOMAS M. CONNELLY**
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Tconnelly2425@aol.com

Thomas J. Marlowe
**LAW OFFICES OF THOMAS J. MARLOWE**
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
Tmarlowe2425@outlook.com

*Attorneys for Defendants*

*s/ Alexis Adelman*

3