1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Ronald H. Pratte,

               Plaintiff,

vs.

Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,

               Defendants.

Case No. 2:19-cv-00239-PHX-GMS

**PROPOSED ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER**

      The Court has reviewed the Parties' Stipulated Joint Motion To Extend Deadline For Parties' Responses To Respective Motions For Summary Judgment To February 15, 2021. For good cause shown,

      **IT IS HEREBY ORDERED** that the Parties' Stipulated Joint Motion To Extend Deadline For Parties' Responses To Respective Motions For Summary Judgment (the Motion for Summary Judgment filed by Mr. Pratte is Docket No. 55, his Separate Statement of Facts is Docket No. 56; the Motion for Summary Judgment filed by Mr. Bardwell is Docket No. 57, his Separate Statement of Facts is Docket No. 58) To February 15, 2021 is **GRANTED.**

      DATED this _____ day of _____, 2021.