# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte, | No. CV-19-00239-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Jeffrey Bardwell, et al., | |
| Defendants. | |

    Pending before the Court is the parties' Stipulated Joint Motion To Extend Deadline For Parties' Responses To Respective Motions For Summary Judgment To February 15, 2021 (Doc. 59), and for good cause shown,

    **IT IS HEREBY ORDERED** granting the parties' Stipulated Joint Motion (Doc. 59). The parties' shall have an extension to **February 15, 2021** in which to file responses to the respective Motions for Summary Judgment (Docs. 55, 57). No further extensions shall be granted absent compelling circumstances.

    Dated this 21st day of January, 2021.

_____
G. Murray Snow
Chief United States District Judge