# EXHIBIT 2



```
              IN THE UNITED STATES DISTRICT COURT

                     DISTRICT OF ARIZONA


 Ronald H. Pratte,                      )
                                        )
     Plaintiff,                         )
                                        )
 vs.                                    ) No.
                                        ) 2:19-cv-00239-
 Jeffrey Bardwell and Fanny F.          ) PHX-GMS
 Bardwell, husband and wife,            )
                                        )
     Defendants.                        )
                                        )



             DEPOSITION OF WILLIAM SHISLER



                    Phoenix, Arizona
                    August 14, 2020
                       11:00 a.m.
```

REPORTED BY:
ANITA LANDEROS, RPR
Certified Reporter
Certificate No. 50538

PREPARED FOR:

DEPOSITION OF WILLIAM SHISLER
August 14, 2020

I N D E X

WITNESS                                              PAGE

WILLIAM SHISLER

    Examination by Mr. Connelly                 4, 126

    Examination by Mr. Collins                      96

E X H I B I T S

| Deposition Exhibits | Description | PAGE |
|---|---|---|
| 1 | Articles of Organization of JTJ Development Company, LLC (1 page) | 57 |
| 2 | Articles of Amendment to Articles of Organization of JTJ Development Company, LLC (1 page) | 58 |
| 3 | Sacks Tierney Invoice dated 10-26-10 (Bates Bard_DR0001) (1 page) | 79 |
| 4 | Deposition of Diana I. Rader of 1-24-20 Pages 1, 32 through 34 (4 pages) | 81 |
| 5 | Gift Tax Return - Highly Confidential Attorneys' Eyes Only (Bates RHP000150 through 177) (28 pages) | 85 |

DEPOSITION OF WILLIAM SHISLER
August 14, 2020

1        DEPOSITION OF WILLIAM SHISLER

2   was taken on August 14, 2020, commencing at 11:14 a.m., at

3   9619 South 25th Lane, Phoenix, Arizona, before Anita

4   Landeros, a Certified Reporter in the State of Arizona,

5   attending via videoconference.

6

7   COUNSEL APPEARING VIA VIDEOCONFERENCE:

8   For the plaintiff:

9       By:  MR. GREGORY B. COLLINS
            Kercsmar & Feltus, PLLC
10          7150 East Camelback Road
            Suite 285
11          Scottsdale, Arizona  85251

12

13
    For the defendants:
14
        By:  MR. THOMAS M. CONNELLY
15           Law Offices of Thomas M. Connelly
             2425 East Camelback Road
16           Suite 880
             Phoenix, Arizona  85016
17
                    AND
18
        By:  MR. THOMAS J. MARLOWE
19           Law Offices of Thomas J. Marlowe
             2425 East Camelback Road
20           Suite 880
             Phoenix, Arizona  85016

21

22
    For Mr. William Shisler
23       By:  MR. D. SAMUEL COFFMAN
              Dickinson Wright PLLC
24            1850 North Central Avenue
              Suite 1400
25            Phoenix, Arizona  85004

DEPOSITION OF WILLIAM SHISLER
August 14, 2020

1 too.

2 Q. And what did he say?

3 A. He said: Yes.

4 Q. Okay. Did you explain to Mr. Pratte at that time
5 the difference between making a gift to someone versus
6 paying them compensation for future services?

7 A. The only person that would have qualified to be
8 an employee of that group would have been Mr. Bardwell.

9 And I'm positive that I told Mr. Pratte that
10 he would owe less tax if he could pay Mr. Bardwell's, and
11 Mr. Carriere's too, actually, amounts as payroll. That
12 would shift the tax liability to the individuals from
13 Mr. Pratte.

14 Q. When you say that you're positive that you told
15 him that, that would have been good advice to give to one
16 of your clients, but you're actually positive, as you sit
17 here today, that you had that discussion with him 15 years
18 ago?

19 A. Yes. I mean, that was a very memorable event.

20 Q. Okay. The people on the list, do you remember
21 who was on the list?

22 A. I do. The three children and their spouses,
23 Mr. and Mrs. Todd Carriere, and Mr. and Mrs. Jeff
24 Bardwell.

25 Q. So you remember that Mr. Pratte had on the list

DEPOSITION OF WILLIAM SHISLER
August 14, 2020

1  life, would you agree with me that it was appropriate to
2  file a Form 709, even if this was compensation for
3  services?
4           MR. MARLOWE:  Objection to form.
5           THE WITNESS:  The part that was compensation
6  for services would not go on a 709.
7     Q.   BY MR. COLLINS:  Okay.  Explain that to me.
8     A.   Well, a gift is simply a gift.  And payroll is
9  payroll.  Gifts go on the 709.  And payrolls are reported
10 as such and may or may not be deductible, as we discussed.
11    Q.   Okay.  So was any analysis done?  And I know the
12 answer to the question, but was any analysis done as to
13 how much salary Mr. Bardwell was likely to earn over the
14 course of his lifetime?
15    A.   Not by me.
16    Q.   You're aware that it's possible for somebody to
17 make a contingent gift, right?
18    A.   Yes.
19    Q.   What is your understanding of what a contingent
20 gift is?
21    A.   Well, just that, it's contingent upon performance
22 of something, whether it's the house appreciating value or
23 holding -- displaying something in a museum until death.
24 I can't think of any other examples.
25    Q.   Okay.  Contingent gifts would still be reported

DEPOSITION OF WILLIAM SHISLER
August 14, 2020

1  on a Form 709, correct?
2     A.   Yes.
3     Q.   I want to move forward to Mr. Bardwell's divorce.
4  You indicated at one point Mr. Bardwell came to you or had
5  a conversation with you and asked for the gift tax return,
6  right?
7     A.   Yes.
8     Q.   Okay.  Do you remember if that was a telephone
9  call, in-person meeting?
10    A.   In person.
11    Q.   Okay.  What do you remember about that
12 conversation?
13    A.   I remember Jeff asking me for it and me saying,
14 Number 1, no; you have to ask Mr. Pratte.  And, Number 2,
15 why do you need it?
16         He said:  My wife's divorce attorney wants
17 it.
18         And I said:  No.
19    Q.   Do you remember explaining to Mr. Bardwell during
20 that meeting that the gift tax return might not be helpful
21 in his divorce?
22    A.   I don't specifically recall that.
23    Q.   Do you recall any conversations about how the
24 payment might be characterized on the gift tax return with
25 Mr. Bardwell?

DEPOSITION OF WILLIAM SHISLER
August 14, 2020

1  away.  I'm borrowing Mr. Collins' computer.  I have one
2  question, just kind of a follow-up to the questions that
3  Greg was asking you.
4              (Technical difficulties.  A brief recess was
5  taken.)
6     Q.   BY MR. CONNELLY:  Okay.  We got rid of a couple
7  of the systems, so I think it's just you and I here.
8     A.   Okay.
9     Q.   You were not unfamiliar with the gift tax return
10 Form 709 that Mr. Collins was asking you about, were you?
11    A.   No, I was not.
12    Q.   Okay.  So it was something you had worked with
13 previously?
14    A.   I have prepared tax returns previously, yes.
15    Q.   And you were aware that if any of these five
16 transfers, these five gifts, were to carry a contingency,
17 that you could have acknowledged that on the 709, correct?
18    A.   I was not aware of any contingencies, so --
19    Q.   I understand that.
20    A.   -- yes, they could have been acknowledged on the
21 709.
22    Q.   I understand that.  Thank you.
23              But if you had been aware of any
24 contingencies for Mr. Pratte or anyone for that matter, it
25 could have been included in the 709 filing?

DEPOSITION OF WILLIAM SHISLER
August 14, 2020

```
STATE OF ARIZONA       )
                       ) ss.
COUNTY OF MARICOPA     )
```

BE IT KNOWN that the foregoing proceedings were taken before me; that the witness before testifying was duly sworn by me to testify to the whole truth; that the foregoing pages are a full, true and accurate record of proceedings, all done to the best of my skill and ability; that the proceedings were taken down by me in shorthand and thereafter reduced to print under my direction.

I certify that I am in no way related to any of the parties hereto nor am I in any way interested in the outcome hereof.

[X]  Review and signature was requested.
[ ]  Review and signature was waived.
[ ]  Review and signature not required.
[ ]  Review and signature was requested, but deponent did not do so within 30 days after notification.

I certify that I have complied with the ethical obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206 J(1)(g)(1) and (2). Dated at Phoenix, Arizona, this 18th of August, 2020.

_____
ANITA LANDEROS, RPR
Certified Reporter
Arizona CR No. 50538

            *    *    *    *    *    *

I certify that ANITA LANDEROS REPORTING, INC., has complied with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(1) through (6).

_____
ANITA LANDEROS REPORTING, INC.,
Registered Reporting Firm
Arizona RRF No. R1077