# EXHIBIT 3



Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Ronald H. Pratte,                )
                                 )
                                 )
        Plaintiff,               )
                                 )
                                 ) Case No.
           vs.                   ) 2:19-cv-00239-PHX-GMS
                                 )
                                 )
Jeffrey Bardwell and Fanny F.    )
Bardwell, husband and            )
wife,                            )
                                 )
                                 )
        Defendants.              )
_____  )


VIDEOTAPED DEPOSITION OF JEFFREY MICHAEL BARDWELL

Scottsdale, Arizona
March 6, 2020
9:39 a.m.


Prepared for:
COPY

Prepared by:                              CARRIE REPORTING, LLC
SHERYL L. HENKE                           Certified Reporters
Registered Professional Reporter          2415 E. Camelback Road
AZ CR No. #50745                          Suite 700
carrie@carriereporting.com                Phoenix, AZ 85016
                                          (480) 429-7573

Deposition of Jeffrey Bardwell
3/6/2020

Page 2

1                    I N D E X
2   WITNESS
                                                          PAGE
3   JEFFREY MICHAEL BARDWELL
4        EXAMINATION BY MR. COLLINS                          6
5
6
                     E X H I B I T S
7
8   No.           Description                              Page
9
    Exhibit 1     Operating Agreement of Pratte             78
10                Construction Company, L.L.C.,
                  Bates stamped Bard_TC0327 -
11                Bard_TC0354
12  Exhibit 2     Amended and Restated Operating            84
                  Agreement of Pratte Companies,
13                L.L.C., Bates stamped
                  Bard_TC0293 - Bard_TC0326
14
    Exhibit 3     Operating Agreement of Pratte             85
15                Lone Mountain Property, L.L.C.,
                  Bates stamped Bard_TC0087 -
16                Bard_TC0129
17  Exhibit 4     Separation Agreement, Bates              119
                  stamped Bard_TC0138 -
18                Bard_TC0141
19  Exhibit 5     Redemption of Membership                 126
                  Interest, Bates stamped
20                Bard_TC0142
21  Exhibit 6     String of emails, Bates stamped          133
                  JB001494
22
    Exhibit 7     Two emails dated December 23,            135
23                2014, Bates stamped JB002378
24  Exhibit 8     Email dated August 13, 2015,             138
                  Bates stamped JB002981
25

Carrie Reporting, LLC
480.429.7573

```
                                                              Page 4
 1            VIDEOTAPED DEPOSITION OF JEFFREY MICHAEL BARDWELL
 2   commenced at 9:39 a.m. on March 6, 2020 at the law offices
 3   of KERCSMAR & FELTUS PLLC, 7150 East Camelback Road, Suite
 4   285, Scottsdale, ARIZONA, before SHERYL L. HENKE, a
 5   Certified Reporter, in and for the County of Maricopa,
 6   State of Arizona.
 7                              * * *
 8
 9                        A P P E A R A N C E S
10   FOR THE PLAINTIFF:
11          KERCSMAR & FELTUS PLLC
            BY:  Gregory B. Collins, Esq.
12          BY:  Eric B. Hull, Esq.
                 7150 East Camelback Road
13               Suite 285
                 Scottsdale, Arizona 85251
14               gbc@kflawaz.com
                 ebh@kflawaz.com
15
16   FOR THE DEFENDANTS:
17          LAW OFFICES OF THOMAS J. MARLOWE
            BY:  Thomas J. Marlow, Esq.
18               2425 East Camelback Road
                 Suite 880
19               Phoenix, Arizona 85016
                 tmarlowe2425@outlook.com
20
21          LAW OFFICES OF THOMAS M. CONNELLY
            BY:  Thomas M. Connelly, Esq.
22               2425 East Camelback Road
                 Suite 880
23               Phoenix, Arizona 85016
                 tconnelly@2425@aol.com
24
     ALSO PRESENT:
25
```

```
 1     Q.     Okay.  What happened next?
 2     A.     We opened the envelopes.
 3     Q.     Okay.  So you opened them right there?
 4     A.     Yeah.  Right then and there we all opened the
 5   envelopes.
 6     Q.     Okay.  What you do remember next?
 7     A.     I remember looking at the envelopes.  And it was
 8   a check for $2 million, and I've never saw so many zeroes
 9   in my life.
10     Q.     You were counting the zeros?
11     A.     I was trying to.  I mean, I was more looking at
12   the commas.  I mean, I was shocked, and so everybody else
13   was shocked.
14     Q.     Okay.
15     A.     I mean, it's kind of strange because nobody said
16   one word.  I mean, we were -- we were shocked.
17     Q.     So everybody opens their envelopes.  Everyone's
18   shocked that there is a $2 million check in this envelope.
19   Do you remember Ron saying anything at that point?
20     A.     You know, it was silence for a good minute,
21   which is a long time, you know.  And Ron's like, what do
22   you guys think, what do you guys think?  You know, and
23   then after that time, everyone's like thank you.  You
24   know, thank you so much.  And he kept looking at me, what
25   do you think?  'Cause he loves to see people's reaction
```

Deposition of Jeffrey Bardwell
3/6/2020

Page 57

```
 1   'cause he just loves that.  And I said it's like winning
 2   the lottery.  And he says, no, it's better than winning
 3   the lottery 'cause I'm paying the taxes on it.
 4        Q.   Say that just to you or say it to everybody?  I
 5   mean, you made the comment that it's like winning the
 6   lottery.
 7        A.   Mm-hm.
 8        Q.   You know, you said that around everybody, right?
 9        A.   I said that around everybody.
10        Q.   So everybody could have heard that, right?
11        A.   That's correct.
12        Q.   Okay.  And then Ron says, no, it's better than
13   winning the lottery because I'm paying the taxes on it?
14        A.   That's correct.
15        Q.   Okay.  Did he say that loud enough for everybody
16   to hear?
17        A.   Yes.
18        Q.   Okay.  What do you remember next?
19        A.   You know, then he says, well, you know, I hope
20   you guys can start your business now.
21        Q.   Okay.
22        A.   You know, hopefully you guys can start up a
23   construction business, you know.  And at that point it
24   seemed to me that he was already talking to them about it.
25        Q.   When you say it seemed like he was already
```

Deposition of Jeffrey Bardwell
3/6/2020

Page 245

```
 1   STATE OF ARIZONA    )
                         ) ss.
 2   COUNTY OF MARICOPA  )

 3

 4           BE IT KNOWN that the foregoing proceedings were
     taken by me, SHERYL L. HENKE, a Certified Reporter, in and
 5   for the County of Maricopa, State of Arizona; that the
     witness before testifying was duly sworn to testify to the
 6   whole truth; that the questions propounded to the witness
     and the answers of the witness thereto were taken down by
 7   me in shorthand and thereafter reduced to typewriting
     under my direction; that the witness will read and sign
 8   said deposition; that the foregoing pages are a true and
     correct transcript of all proceedings had, all done to the
 9   best of my skill and ability.
             I FURTHER CERTIFY that I am in no way related to
10   any of the parties hereto, nor am I in any way interested
     in the outcome hereof.
11           I FURTHER CERTIFY that I have complied with the
     ethical obligations set forth in ACJA 7-206(J)(1)(g)(1)
12   and (2).

13
     Sheryl L. Henke                              50745
14   _____          _____
     Certified Reporter                          CR Number
15
         /s/ Sheryl L. Henke
16   _____              3.12.20
                                             _____
     Certified Reporter                            Date
17   (Signature)

18
             I CERTIFY that this Registered Reporting Firm has
19   complied with the ethical obligations set forth in
     ACJA 7-206(J)(1)(g)(1) and (2).
20
21   Carrie Reporting, LLC                       R1064
     _____          _____
22   Registered Reporting Firm                  RRF Number

23       /s/ Michele Durrer
     _____              3.12.20
                                             _____
24   Registered Reporting Firm                     Date
     (Signature)
25
```

# CARRIE•REPORTING LLC
### CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

Please make all changes or corrections on this sheet showing page number, line number and reason, if any. If no corrections are needed, write "none". Please sign and date the form.

STATEMENT OF CHANGES AND/OR CORRECTIONS

Deposition of: Jeffrey Michael Bardwell
Case Name: Pratte vs. Bardwell, et al.
Case No.: 2:19-cv-00239-PHX-GMS
Date Taken: 03/06/2020

PAGE   LINE   CHANGE and/or CORRECTION   REASON

| PAGE | LINE | CHANGE and/or CORRECTION | REASON |
|------|------|--------------------------|--------|
| 68 | 19 | Corrected: "excited that I got this gift from Ron and that I was going" | transcript incorrect. Watched video and read transcript, not 2 sentences should be 1 left out "and" |

_[signature]_   4-15-2020
SIGNATURE OF THE DEPONENT   DATE