Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>            Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>            Defendants. | Case No. 2:19-cv-00239-PHX-GMS<br><br>**STIPULATED JOINT MOTION TO EXTEND DEADLINE FOR PARTIES' REPLY IN SUPPORT OF THEIR RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT TO MARCH 8, 2021** |

The Parties hereby stipulate and agree that the respective deadlines for Plaintiff Ronald Pratte and Defendants Jeffrey Bardwell and Fanny Bardwell to file their reply in support to their respective motions for summary judgment and supporting documents shall be extended from March 3, 2021 to March 8, 2021.

Accordingly, the Parties jointly move this Court to extend the respective deadlines for Plaintiff Ronald Pratte and Defendants Jeffrey Bardwell and Fanny Bardwell to file their reply in support of their respective motions for summary judgment and supporting documents (Plaintiff Ronald Pratte's Opposition to Bardwell's Motion for Summary Judgment filed by Mr. Pratte is Docket No. 61, his Separate Statement of Facts is Docket No. 62; Defendants' Response to Plaintiff's Motion for Summary Judgment filed by Defendants is Docket No. 63, their Separate Statement of Facts is Docket No. 64) from

March 3, 2021 to March 8, 2021. The extension is stipulated in order to accommodate the schedule of Plaintiff's counsel and the schedule of Defendants' counsel.

The Parties have not requested any previous extension of this deadline.

A proposed form of order is filed herewith.

DATED this 25th day of February, 2021.

KERCSMAR & FELTUS PLLC

By: *s/ Gregory B. Collins*
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

and

LAW OFFICES OF THOMAS J. MARLOWE

By: *s/ Thomas J. Marlowe*
Thomas J. Marlowe
2425 East Camelback Road, Suite 880
Phoenix, Arizona 85016
*Attorneys for Defendants Bardwell*