# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>           Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>           Defendants. | Case No. 2:19-cv-00239-PHX-GMS<br><br>**PROPOSED ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND DEADLINE FOR PARTIES' REPLY IN SUPPORT OF THEIR RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT** |

      The Court has reviewed the Parties' Stipulated Joint Motion to Extend Deadline for Parties' Reply in Support of Their Respective Motions for Summary Judgment to March 8, 2021. For good cause shown,

      **IT IS HEREBY ORDERED** that the Parties' Stipulated Joint Motion To Extend Deadline For Parties' Reply in Support of Their Respective Motions For Summary Judgment (Plaintiff Ronald Pratte's Opposition to Bardwell's Motion for Summary Judgment filed by Mr. Pratte is Docket No. 61, his Separate Statement of Facts is Docket No. 62; Defendants' Response to Plaintiff's Motion for Summary Judgment filed by Defendants is Docket No. 63, their Separate Statement of Facts is Docket No. 64) To March 8, 2021 is **GRANTED.**

      DATED this ____ day of _____, 2021.

1