# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jeffrey Bardwell, et al.,<br><br>　　　　Defendants. | No. CV-19-00239-PHX-GMS<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Joint Motion to Extend Deadline for Parties' Reply in Support of Their Respective Motions for Summary Judgment to March 8, 2021 (Doc. 65) and good cause shown,

**IT IS HEREBY ORDERED** granting the parties' Stipulated Joint Motion (Doc. 65). The parties shall have an extension to **March 8, 2021** in which to file their reply to the respective Motions for Summary Judgment (Docs. 55, 57). No further extensions shall be granted absent extraordinary circumstances.

Dated this 26th day of February, 2021.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge