Gregory B. Collins (#023158)
Eric B. Hull (#023934)
KERCSMAR FELTUS & COLLINS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 facsimile
gbc@kfcfirm.com
ebh@kfcfirm.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Pratte,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeffrey Bardwell and Fanny F. Bardwell, husband and wife,<br><br>    Defendants | Case No. 2:19-cv-00239-PHX-GMS<br><br>**NOTICE OF DISSOCIATION OF ATTORNEY ZACH FORT**<br><br>**NOTICE OF APPEARANCE OF ERIC HULL**<br><br>**NOTICE OF FIRM NAME CHANGE** |

  Counsel for Plaintiff Ronald H. Pratte hereby gives notice that attorney Zachary Fort has left Kercsmar & Feltus, LLC and is no longer counsel for Plaintiff. Going forward, Plaintiff will continue to be represented by attorney Gregory B. Collins. Plaintiff are also represented in this matter by attorney Eric B. Hull, who enters his appearance here.

  Counsel for Plaintiff Ronald H. Pratte also hereby gives notice to counsel and the Court that Kercsmar & Feltus PLLC has changed its name to Kercsmar Feltus & Collins PLLC.

1

Attorney email addresses have also changed. The new email addresses for counsel of record are:

gbc@kfcfirm.com[1]

ebh@kfcfirm.com

The firm's mailing address, telephone numbers, and facsimile remain the same.

DATED this 8th day of March, 2021.

                            KERCSMAR FELTUS & COLLINS PLLC

                            By: */s/ Greg Collins*
                                  Gregory B. Collins
                                  Eric B. Hull
                                  7150 East Camelback Road, Suite 285
                                  Scottsdale, Arizona 85251
                                  *Attorneys for Plaintiff*

---

[1] Counsel's prior email addresses, ending in kflawaz.com, are still active.